POLICY NUMBER    4-453668



Renewal ☒  New Policy ☐

Agent – USI/HLS

## DECLARATIONS PAGE
### Professional Liability Insurance Policy
### Occurrence

**NAMED INSURED:** (including mailing address)

**NAMED INSURED IS A(N):**    **Group**

NOTICE:  THIS POLICY IS ISSUED BY YOUR RISK RETENTION GROUP

**Valitas Health Services, Inc.**
**103 Powell Court**
**Brentwood, TN 37027**

Your risk retention group may not be subject to all of the insurance laws and regulations of your state.  State insurance insolvency guaranty funds are not available for your risk retention group.

**POLICY PERIOD:**   Effective Date:              **01/01/2018**    Beginning and ending at 12:01 a.m.
Expiration Date:           **01/01/2019**

**SPECIALTY:**                                                                               **See Schedule of Insureds**

**TOTAL PREMIUM:**

**LIMITS OF LIABILITY:**

| | |
|---|---:|
| TOTAL POLICY AGGREGATE LIMIT | $24,000,000 |
| | |
| AGGREGATE SELF-INSURED RETENTION* | $20,000,000 |
| | |
| MEDICAL GROUP PROFESSIONAL LIABILITY: | |
| Each Medical Incident – Each Physician Insured Limit | $1,000,000 |
| Each Medical Incident – All Other Non-Physician Insureds Combined Limit | $1,000,000 |
| Each Medical Incident Aggregate – All Insureds Combined Limit** | $2,000,000 |
| Each Physician Insured Aggregate Limit | $3,000,000 |
| Each Medical Incident – Physician Insured Self-Insured Retention | $1,000,000 |
| Each Medical Incident – All Other Non-Physician Insureds Combined Self-Insured Retention | $1,000,000 |
| Each Medical Incident Aggregate – All Insureds Combined Self-Insured Retention** | $2,000,000 |
| Each Physician Insured Aggregate Self-Insured Retention | $3,000,000 |
| *The Aggregate Self-Insured Retention reduces the Total Policy Aggregate Limit.  The Aggregate Self-Insured Retention is reduced by damages only, not **Defense Costs**.  **Defense Cost** are paid directly by the **First Named Insured** and do not erode the Limits of Insurance or the Self-Insured Retention.  Thus, the maximum total amount payable as damages by Lone Star Alliance, Inc. is $4,000,000.<br>** The Each Medical Incident Aggregate – All Insureds Combined Limit and Self-Insured Retention apply regardless of the number of Insured defendants involved or named in a **medical incident**. | |

This Declarations Page, along with the coverage forms and *endorsements* attached, completes the above numbered policy and is part of and subject to all terms, conditions and exclusions of the above numbered policy and any *endorsements* issued by the Corporation to the *Named Insured*.

Issue Date:   **12/27/2017**               Countersigned by:   _____
                                                                Authorized Representative of
**AM**                                                          Lone Star Alliance Inc., A Risk Retention Group

*ph* 844 595 8866        P.O. Box 160140
*www.*lonestara.com      Austin, Texas 78716-0140