UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES, as Personal Representative
of the Estate of WADE JONES, deceased,

       Plaintiff,

v.

KENT COUNTY, *et al.,*

       Defendants.

Case No.: 1:20-cv-00036
Hon. Judge Paul L. Maloney
Magistrate Judge Sally J. Berens

_____/

BUCKFIRE LAW FIRM
Jennifer G. Damico (P51403)
Attorney for Plaintiff
29000 Inkster Road, Suite 150
Southfield, MI  48034
Direct (248) 234-9828
(248) 569-4646
(248) 569-6737 (fax)
Jennifer@buckfirelaw.com

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Devlin Scarber (P64532)
Attorney for Corizon Defendants
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

VARNUM LLC
Timothy E. Eagle (P38193)
Attorney for Kent County
Defendants
P.O. Box 352
Grand Rapids, MI  49501
(616) 336-6537
Tteagle@varnum.com

_____/

## ORDER AWARDING SANCTIONS

    Upon submission of the parties' Stipulation for Order Awarding Sanctions, after granting Plaintiff's Motion to Compel the Insurance Agreement, and awarding of sanctions against Defendant, Corizon Health, Inc., on July 7, 2020;

    IT IS HEREBY ORDERED that sanctions are awarded in favor of Plaintiff, Charles Jones, and against Defendant, Corizon Health, Inc., in the amount of $1,200.00.

                                   /s/ Sally J. Berens
                                   SALLY J. BERENS
Dated:   July 20, 2020           U.S. Magistrate Judge