UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES, as Personal Representative
of the Estate of WADE JONES, deceased,

       Plaintiff,         Case No.: 1:20-cv-00036
v.         Hon. Judge Paul L. Maloney
       Magistrate Judge Sally J. Berens

KENT COUNTY, *et al.*,

       Defendants.
_____/

| | |
|---|---|
| BUCKFIRE LAW FIRM | CHAPMAN LAW GROUP |
| Jennifer G. Damico (P51403) | Ronald W. Chapman Sr., M.P.A., |
| Attorney for Plaintiff | LL.M. (P37603) |
| 29000 Inkster Road, Suite 150 | Devlin Scarber (P64532) |
| Southfield, MI  48034 | Attorney for Corizon Defendants |
| Direct (248) 234-9828 | 1441 West Long Lake Rd., Suite 310 |
| (248) 569-4646 | Troy, MI 48098 |
| (248) 569-6737 (fax) | (248) 644-6326 |
| Jennifer@buckfirelaw.com | rchapman@chapmanlawgroup.com |
| | dscarber@chapmanlawgroup.com |
| VARNUM LLC | |
| Timothy E. Eagle (P38193) | |
| Attorney for Kent County | |
| Defendants | |
| P.O. Box 352 | |
| Grand Rapids, MI  49501 | |
| (616) 336-6537 | |
| Tteagle@varnum.com | |

_____/

## STIPULATION FOR FIRST AMENDMENT TO  CASE MANAGEMENT ORDER

Counsel for the respective parties submit to the Court that due to scheduling conflicts and the number of witnesses to be deposed, the volume of documents requested and produced, technical issues with ESI, and general COVID-19 concerns causing delays, that an amendment to the Case Management Order is necessary.

00635673

IT IS HEREBY STIPULATED AND AGREED to by and between counsel for the above-named parties that the Case Management Order shall be amended as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Motion to Join Parties or Amend Pleadings | August 15, 2020 | September 15, 2020 |
| Expert Disclosure (Rule 26(a)(2)(A)) | Plaintiff: August 31, 2020<br>Defendant: September 15, 2020 | Plaintiff: September 30, 2020<br>Defendant: October 15, 2020 |
| Expert Reports (Rule 26(a)(2)(B)) | Plaintiff: October 31, 2020<br>Defendant: November, 30 2020 | Plaintiff: November 30, 2020<br>Defendant: December 31, 2020 |
| Completion of Discovery | February 28, 2021 | Remains the same |
| Dispositive Motions | March 31, 2021 | Remains the same |
| Settlement Conference | October 27, 2021 at 2:00 p.m. | Remains the same |
| Final Pretrial Conference | November 8, 2021 at 9:00 a.m. | Remains the same |
| ADR to Take Place on or Before | March 31, 2021 | Remains the same |
| Trial Date | November 30, 2021 at 8:45 a.m. | Remains the same |

Stipulated and Agreed to by:

*/S/ Jennifer G. Damico*
Jennifer G. Damico (P51403)
Attorney for Plaintiff

*/S/ Devlin Scarber*
Devlin Scarber (P64532)
Attorney for the Corizon Defendants

*/S/ Timothy E. Eagle*
Timothy E. Eagle (P38193)
Attorney for the Kent County Defendants

Dated:  July 30, 2020

00635673

00635673