# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES, as Personal Representative
of the Estate of WADE JONES, deceased,

      Plaintiff,                                Case No.: 1:20-cv-00036
v.                                        Hon. Judge Paul L. Maloney
                                              Magistrate Judge Sally J. Berens

KENT COUNTY, *et al.*,

      Defendants.
_____/

| | |
|---|---|
| BUCKFIRE LAW FIRM | CHAPMAN LAW GROUP |
| Jennifer G. Damico (P51403) | Ronald W. Chapman Sr., M.P.A., |
| Attorney for Plaintiff | LL.M. (P37603) |
| 29000 Inkster Road, Suite 150 | Devlin Scarber (P64532) |
| Southfield, MI  48034 | Attorney for Corizon Defendants |
| Direct (248) 234-9828 | 1441 West Long Lake Rd., Suite 310 |
| (248) 569-4646 | Troy, MI 48098 |
| (248) 569-6737 (fax) | (248) 644-6326 |
| Jennifer@buckfirelaw.com | rchapman@chapmanlawgroup.com |
| | dscarber@chapmanlawgroup.com |
| VARNUM LLC | |
| Timothy E. Eagle (P38193) | |
| Attorney for Kent County | |
| Defendants | |
| P.O. Box 352 | |
| Grand Rapids, MI  49501 | |
| (616) 336-6537 | |
| Tteagle@varnum.com | |

_____/

**FIRST AMENDED CASE MANAGEMENT ORDER**

Upon Counsels' Stipulation for First Amendment to the Case Management Order, due to scheduling conflicts and the number of witnesses to be deposed, the volume of documents requested and produced, technical issues with ESI, and general COVID-19 concerns causing delays, stating that an amendment to the Case Management Order is necessary, and the Court otherwise being advised in the premises;

IT IS HEREBY ORDERED that the Case Management Order shall be amended as follows:

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Motion to Join Parties or Amend Pleadings | August 15, 2020 | September 15, 2020 |
| Expert Disclosure (Rule 26(a)(2)(A)) | Plaintiff: August 31, 2020<br>Defendant: September 15, 2020 | Plaintiff: September 30, 2020<br>Defendant: October 15, 2020 |
| Expert Reports (Rule 26(a)(2)(B)) | Plaintiff: October 31, 2020<br>Defendant: November, 30 2020 | Plaintiff: November 30, 2020<br>Defendant: December 31, 2020 |
| Completion of Discovery | February 28, 2021 | February 28, 2021 |
| Dispositive Motions | March 31, 2021 | March 31, 2021 |
| Settlement Conference | October 27, 2021 at 2:00 p.m. | October 27, 2021 at 2:00 p.m. |
| Final Pretrial Conference | November 8, 2021 at 9:00 a.m. | November 8, 2021 at 9:00 a.m. |
| ADR to Take Place on or Before | March 31, 2021 | March 31, 2021 |
| Trial Date | November 30, 2021 at 8:45 a.m. | November 30, 2021 at 8:45 a.m. |

_____
United States Magistrate Judge