**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

          Case No: 1:20-cv-36
          Hon. Judge Hala Y. Jarbou
    Plaintiff,          Magistrate Judge Sally J. Berens

v.

COUNTY OF KENT et al.

    Defendants.

| BUCKFIRE LAW FIRM | CHAPMAN LAW GROUP |
|---|---|
| Jennifer G. Damico (P51403) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Attorney for Plaintiff | Devlin Scarber (P64532) |
| 29000 Inkster Rd., Ste. 150 | Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.; Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa Furnace, R.N.; Chad Richard Goetterman, R.N.; James August Mollo, L.P.N.; Joanne Sherwood, N.P.; and Janice Steimel, L.P.N. |
| Southfield, MI 48034 | |
| (248) 569-4646 | |
| jennifer@buckfirelaw.com | |
| | 1441 West Long Lake Rd., Suite 310 |
| VARNUM LAW | Troy, MI 48098 |
| Timothy Eagle (P38183) | (248) 644-6326 |
| Attorney for Kent County Defendants | rchapman@chapmanlawgroup.com |
| P.O. Box 352 | dscarber@chapmanlawgroup.com |
| Grand Rapids, MI 49501 | |
| (616) 336-6000 | |
| teeagle@varnumlaw.com | |

**STIPULATED HIPAA DISCLOSURE ORDER
AND/OR QUALIFIED PROTECTIVE ORDER PURSUANT TO 45 CFR 164.512(E)(1)(ii)**

At a session of said Court held in the
U.S. Federal Western District Courthouse,
City of Grand Rapids, State of Michigan

on   January 20, 2021
PRESENT:

HONORABLE SALLY J. BERENS
U.S. MAGISTRATE JUDGE

This matter having come before the Court on the stipulation of the parties and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE:**

**IT IS HEREBY ORDERED** that Plaintiff's Decedent's examining, testing and/or treating doctors, nurses and other medical personnel may discuss his medical conditions and treatment with counsel for the Defendants; however, the decision to do so lies with the doctors, nurses, and other medical personnel.

**IT IS FURTHER ORDERED** that treating physicians and other health care providers are not required to participate in ex parte communications and must be notified whether the meeting is being requested by Plaintiff's counsel or by Defense counsel.

**IT IS FURTHER ORDERED** that counsel for the Defendants are prohibited from using any such discussed or provided health care information for any purpose other than as a part of the present litigation.

**IT IS FURTHER ORDERED** that upon completion of the present litigation, counsel for the Defendants shall destroy any copies of any documentary health care information received from any health care provider pursuant to this Order.

**IT IS FURTHER ORDERED** that prior to any ex parte discussion of Plaintiff's medical condition(s) and treatment(s) with counsel for the Defendants, counsel for Defendants shall provide Plaintiff's health care provider(s) with a copy of this Order.

    /s/ Sally J. Berens
SALLY J. BERENS
U.S. MAGISTRATE JUDGE

Dated: January 20, 2021

Approved as to form and substance by:

*/s/ Jennifer Damico (with permission)*
Jennifer G. Damico (P51403)
Attorney for Plaintiff


*/s/ Timothy Eagle (with permission)*
Timothy Eagle (P38183)
Peter Smit (P27886)
Attorney for Kent County Defendants


*/s/ Devlin Scarber*
Devlin K. Scarber (P64532)
Attorney for Corizon Defendants