# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

              Plaintiff,

v.

COUNTY OF KENT et al.

              Defendants.

Case No: 1:20-cv-36
Hon. Judge Hala Y. Jarbou
Magistrate Judge Sally J. Berens

---

BUCKFIRE LAW FIRM
Jennifer G. Damico (P51403)
Attorney for Plaintiff
29000 Inkster Rd., Ste. 150
Southfield, MI 48034
(248) 569-4646
jennifer@buckfirelaw.com

VARNUM LAW
Timothy Eagle (P38183)
Attorney for Kent County Defendants
P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6000
teeagle@varnumlaw.com

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Devlin K. Scarber (P64532)
Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.;
Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa
Furnace, R.N.; Chad Richard Goetterman, R.N.;
James August Mollo, L.P.N.; Joanne Sherwood, N.P.;
and Janice Steimel, L.P.N.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

---

## STIPULATED ORDER REGARDING EXPERT DISCOVERY AND EXPERT DEPOSITIONS

At a session of said Court held in the
U.S. Federal Western District Courthouse,
City of Grand Rapids, State of Michigan

on _____
PRESENT: HONORABLE:

_____
U.S. DISTRICT COURT JUDGE

1

This matter having come before the Court on the stipulation of the parties, with all parties having filed their expert witness disclosures and expert reports pursuant to Rule 26(a)(2)(A)(B); having recently participated in ADR with facilitator William Jack, Esq., and being unable to resolve the case at this time; having engaged in voluminous lay discovery, including taking the depositions of all parties, heirs, and numerous lay witness, with more lay witness depositions scheduled to occur through April 30, 2021; with the filing deadline for dispositive motions currently being May 30, 2021, the trial date currently being scheduled for November 30, 2021, settlement conference currently being scheduled for October 27, 2021, and final pre-trial conference being scheduled for November 8, 2021; and with there being a total of over eleven (11) retained experts in this matter whose depositions will require travel throughout the United States; and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE:**

**IT IS HEREBY ORDERED** that the parties may continue to engage in expert discovery, including the taking of expert depositions for an additional ninety (90) days, through July 29, 2021.

**IT IS FURTHER ORDERED** that the deadline for dispositive motions is extended for an additional sixty (60) days, through July 29, 2021.

Any other scheduling order dates remain unchanged.

_____
U.S. DISTRICT COURT JUDGE

Dated: _____

Approved as to form and substance by:

*/s/ Jennifer Damico (with permission)*
Jennifer G. Damico (P51403)
Attorney for Plaintiff

2

*/s/ Timothy Eagle (with permission)*
Timothy Eagle (P38183)
Peter Smit (P27886)
Attorney for Kent County Defendants


*/s/ Devlin Scarber*
Ronald W. Chapman (P37603)
Devlin K. Scarber (P64532)
Attorney for Corizon Defendants