# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

          Plaintiff,

v.

COUNTY OF KENT et al.

          Defendants.

Case No: 1:20-cv-36
Hon. Judge Hala Y. Jarbou
Magistrate Judge Sally J. Berens

| BUCKFIRE LAW FIRM | CHAPMAN LAW GROUP |
|---|---|
| Jennifer G. Damico (P51403) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Attorney for Plaintiff | Devlin K. Scarber (P64532) |
| 29000 Inkster Rd., Ste. 150 | Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.; Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa Furnace, R.N.; Chad Richard Goetterman, R.N.; James August Mollo, L.P.N.; Joanne Sherwood, N.P.; and Janice Steimel, L.P.N. |
| Southfield, MI 48034 | |
| (248) 569-4646 | |
| jennifer@buckfirelaw.com | |
| | 1441 West Long Lake Rd., Suite 310 |
| VARNUM LAW | Troy, MI 48098 |
| Timothy Eagle (P38183) | (248) 644-6326 |
| Attorney for Kent County Defendants | rchapman@chapmanlawgroup.com |
| P.O. Box 352 | dscarber@chapmanlawgroup.com |
| Grand Rapids, MI 49501 | |
| (616) 336-6000 | |
| teeagle@varnumlaw.com | |

### THIRD AMENDED CASE MANAGEMENT ORDER (granting Stipulation as amended)

At a session of said Court held in the
U.S. Federal Western District Courthouse, City
of Grand Rapids, State of Michigan

on    April 20, 2021   
PRESENT: HONORABLE:

_____
SALLY J. BERENS
U.S. MAGISTRATE JUDGE

1

This matter having come before the Court on the stipulation of the parties, with all parties having filed their expert witness disclosures and expert reports pursuant to Rule 26(a)(2)(A)(B); having recently participated in ADR with facilitator William Jack, Esq., and being unable to resolve the case at this time; having engaged in voluminous lay discovery, including taking the depositions of all parties, heirs, and numerous lay witness, with more lay witness depositions scheduled to occur through April 30, 2021; with the filing deadline for dispositive motions currently being May 30, 2021, the trial date currently being scheduled for November 30, 2021, settlement conference currently being scheduled for October 27, 2021, and final pre-trial conference being scheduled for November 8, 2021; and with there being a total of over eleven (11) retained experts in this matter whose depositions will require travel throughout the United States; and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE:**

**IT IS HEREBY ORDERED** that the parties may continue to engage in expert discovery, including the taking of expert depositions for an additional ninety (90) days, through July 29, 2021.

**IT IS FURTHER ORDERED** that the remaining dates in the Second Amended Case Management Order (ECF No. 90) are rescheduled as follows: deadline for dispositive motions is extended to August 26, 2021; settlement conference is rescheduled to March 8, 2022 at 2:00 PM; final pretrial conference is rescheduled to April 7, 2022 at 11:00 AM; jury trial is rescheduled to May 2, 2022 at 9:00 AM.

Dated:  April 20, 2021            /s/ Sally J. Berens
                                  U.S. MAGISTRATE JUDGE

Approved as to form and substance by:

*/s/ Jennifer Damico (with permission)*
Jennifer G. Damico (P51403)
Attorney for Plaintiff

2

/s/ Timothy Eagle (with permission)
Timothy Eagle (P38183)
Peter Smit (P27886)
Attorney for Kent County Defendants


/s/ Devlin Scarber
Ronald W. Chapman (P37603)
Devlin K. Scarber (P64532)
Attorney for Corizon Defendants