**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

                                                                 Case No: 1:20-cv-36
                                                Hon. Judge Hala Y. Jarbou

        Plaintiff,                           Magistrate Judge Sally J. Berens

v.

COUNTY OF KENT et al.

        Defendants.

| BUCKFIRE LAW FIRM | CHAPMAN LAW GROUP |
|---|---|
| Jennifer G. Damico (P51403) | Ronald W. Chapman Sr., M.P.A., |
| Attorney for Plaintiff | LL.M. (P37603) |
| 29000 Inkster Rd., Ste. 150 | Devlin K. Scarber (P64532) |
| Southfield, MI 48034 | Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.; |
| (248) 569-4646 | Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa |
| jennifer@buckfirelaw.com | Furnace, R.N.; Chad Richard Goetterman, R.N.; |
| | James August Mollo, L.P.N.; Joanne Sherwood, N.P.; |
| VARNUM LAW | and Janice Steimel, L.P.N. |
| Timothy Eagle (P38183) | 1441 West Long Lake Rd., Suite 310 |
| Attorney for Kent County Defendants | Troy, MI 48098 |
| P.O. Box 352 | (248) 644-6326 |
| Grand Rapids, MI 49501 | rchapman@chapmanlawgroup.com |
| (616) 336-6000 | dscarber@chapmanlawgroup.com |
| teeagle@varnumlaw.com | |

**SECOND STIPULATED ORDER REGARDING EXPERT DISCOVERY,
EXPERT DEPOSITIONS, AND DISPOSITIVE MOTIONS**

At a session of said Court held in the
U.S. Federal Western District Courthouse,
City of Grand Rapids, State of Michigan

on _____
PRESENT: HONORABLE:

_____
U.S. DISTRICT COURT JUDGE

This matter having come before the Court on the stipulation of the parties, with all parties having filed their expert witness disclosures and expert reports pursuant to Rule 26(a)(2)(A)(B); having participated in ADR with facilitator William Jack, Esq., and being unable to resolve the case at this time; having engaged in voluminous lay discovery, including taking the depositions of all parties, heirs, 30(b)(6) witnesses, and numerous lay witnesses, and having now begun expert depositions and the continued scheduling of expert depositions; with expert discovery cutoff currently being July 29, 2021; the filing deadline for dispositive motions currently being August 26, 2021; the settlement conference currently being scheduled for March 8, 2022; the final pre-trial conference currently being scheduled for April 7, 2022; and the trial date currently being scheduled for May 2, 2022; and with there being a total of over eleven (11) retained experts in this matter whose depositions require travel throughout the United States, some of whose depositions cannot be completed until after July 29, 2021 but before the end of September 2021; and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE:**

**IT IS HEREBY ORDERED** that the deadline for expert discovery, including the taking of expert depositions, is extended through September 30, 2021.

**IT IS FURTHER ORDERED** that the deadline for dispositive motions is extended through October 31, 2021.

The parties understand that, due to these requested extensions, the settlement conference, final pretrial conference, and trial dates may be *subject to change as determined by the court* and its schedule.

_____
U.S. DISTRICT COURT JUDGE

Dated: _____

Approved as to form and substance by:

*/s/ Jennifer Damico (with permission)*
Jennifer G. Damico (P51403)
Attorney for Plaintiff


*/s/ Peter Smit (with permission)*
Timothy Eagle (P38183)
Peter Smit (P27886)
Attorney for Kent County Defendants


*/s/ Devlin Scarber*
Ronald W. Chapman (P37603)
Devlin K. Scarber (P64532)
Attorney for Corizon Defendants