UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES, as Personal Representative
of the Estate of WADE JONES, deceased,

      Plaintiff,

v.

KENT COUNTY, et al.,

      Defendants.
_____/

Case No.: 1:20-cv-00036
Hon. Judge Hala Y. Jarbou
Magistrate Judge Sally J. Berens

BUCKFIRE LAW FIRM
Jennifer G. Damico (P51403)
Attorney for Plaintiff
29000 Inkster Road, Suite 150
Southfield, MI 48034
(248) 569-4646
(248) 569-6737 (fax)
Jennifer@buckfirelaw.com

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin Kyle Scarber (P P64532)
Attorney for Corizon Defendants
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

VARNUM LLP
Peter Smit (P27886)
Timothy E. Eagle (P38193)
Kyle P. Konwinski (P76257)
Attorney for Kent County Defendants
P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6537
pasmit@varnumlaw.com
teeagle@varnumlaw.com
kpkonwinski@varnumlaw.com
_____/

**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS MCGINNIS ONLY AND DISMISSAL OF COUNT II (MONELL CLAIM)**

It is hereby stipulated and agreed that Plaintiff's claims against Defendant Rebecca McGinnis, may be dismissed with full prejudice and without costs.

1

It is further stipulated and agreed that Count II may be dismissed in its entirety with full prejudice and without costs.

IT IS SO STIPULATED AND AGREED.

                                        BUCKFIRE LAW FIRM
                                        Attorneys for Plaintiff

Dated: September 21, 2021          By:   */s/ Jennifer G. Damico*
                                              Jennifer G. Damico (P51403)


                                        VARNUM LLP
                                        Attorneys for Kent County Defendants

Dated: September 21, 2021          By:   */s/ Peter A. Smit*
                                              Peter A. Smit (P27886)


                                        CHAPMAN LAW GROUP
                                        Attorneys for Corizon Defendants

Dated: September 21, 2021          By:   */s/ Devlin Kyle Scarber*
                                              Devlin Kyle Scarber (P P64532)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES, as Personal Representative
of the Estate of WADE JONES, deceased,

       Plaintiff,                      Case No.: 1:20-cv-00036
v.                                Hon. Judge Hala Y. Jarbou
                                          Magistrate Judge Sally J. Berens

KENT COUNTY, et al.,

       Defendants.
_____/

BUCKFIRE LAW FIRM
Jennifer G. Damico (P51403)
Attorney for Plaintiff
29000 Inkster Road, Suite 150
Southfield, MI 48034
(248) 569-4646
(248) 569-6737 (fax)
Jennifer@buckfirelaw.com

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Devlin Kyle Scarber (P P64532)
Attorney for Corizon Defendants
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

VARNUM LLP
Peter Smit (P27886)
Timothy E. Eagle (P38193)
Kyle P. Konwinski (P76257)
Attorney for Kent County Defendants
P.O. Box 352
Grand Rapids, MI 49501
(616) 336-6537
pasmit@varnumlaw.com
teeagle@varnumlaw.com
kpkonwinski@varnumlaw.com
_____/

## **ORDER OF DISMISSAL OF DEFENDANT MCGINNIS ONLY AND DISMISSAL OF COUNT II (MONELL CLAIM)**

Pursuant to the parties' stipulation, and the Court being fully advised in the premises,

3

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Rebecca McGinnis, is dismissed with full prejudice and without costs.

IT IS FURTHER ORDERED that Count II is dismissed in its entirety with full prejudice and without costs.

IT IS SO ORDERED.

Dated:_____

                Hon. Judge Hala Y. Jarbou
                U.S. District Court Judge

18460180.1