### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

           Plaintiff,

v.

COUNTY OF KENT et al.

           Defendants.

Case No: 1:20-cv-00036
Hon. Judge Hala Y. Jarbou
Magistrate Judge Sally J. Berens

---

| | |
|---|---|
| BUCKFIRE LAW FIRM<br>Jennifer G. Damico (P51403)<br>*Attorney for Plaintiff*<br>29000 Inkster Rd., Ste. 150<br>Southfield, MI 48034<br>(248) 569-4646<br>jennifer@buckfirelaw.com<br><br>VARNUM LAW<br>Timothy Eagle (P38183)<br>Peter Smit (P27886)<br>Kyle Konwinski (P76257)<br>*Attorney for the Kent County Defendants*<br>P.O. Box 352<br>Grand Rapids, MI 49501<br>(616) 336-6000<br>teeagle@varnumlaw.com | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)<br>Devlin Scarber (P64532)<br>Jeffrey L. Bomber (P85407)<br>*Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.; Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa Furnace, R.N.; Chad Richard Goetterman, R.N.; James August Mollo, L.P.N.; Joanne Sherwood, N.P.; and Janice Steimel, L.P.N.*<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>dscarber@chapmanlawgroup.com<br>jbomber@chapmanlawgroup.com |

---

### STIPULATED ORDER FOR
### SEVENTH AMENDED CASE MANAGEMENT ORDER

At session of said Court held in the
U.S. Federal Western District Courthouse,
City of Lansing, State of Michigan

On: _____
    PRESENT: HONORABLE:

_____
U.S. DISTRICT COURT JUDGE

This matter having come before the Court on the stipulation of the parties, due to Defendants' counsel having to appear for a court-ordered mediation with Robert Riley, Esq., during the current trial period which predates the scheduling of trial in this case, as well as potential conflicts with expert availability, the parties require an adjournment of the Sixth Amended Case Management Order's August 15, 2022 trial date to a date after October 24, 2022, as Plaintiff's counsel has a prepaid out-of-country vacation scheduled from September 1, 2022 through September 13, 2022, and Defense counsel is appearing in trial in another matter beginning October 18, 2022.

IT IS HEREBY ORDERED that the dates in the Sixth Amended Case Management Order (ECF No. 146) are rescheduled as follows: final pretrial conference is rescheduled to _____, at _____; and jury trial is rescheduled to _____, at _____. The June 30, 2022 deadline for Motions in Limine shall remain unchanged.

DATED: _____

_____
U.S. DISTRICT COURT JUDGE

Approved as to form and substance by:

*/s/ Jennifer G. Damico (w/ permission)*
BUCKFIRE LAW FIRM
Jennifer G. Damico (P51403)
Attorney for Plaintiff

*/s/ Devlin Scarber*
CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin Scarber (P64532)
Attorneys for the Corizon Defendants