UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES,

        Plaintiff,                      Case No. 1:20–cv–36

v.                                     Hon. Hala Y. Jarbou

UNKNOWN PARTIES, et al.,

        Defendants.
_____/

## ORDER

The Court having reviewed the parties' Stipulated Order for Seventh Amended Case Management Order (ECF No. 152), **IT IS ORDERED** that the parties' stipulated order (ECF No. 152) is **DENIED**.

IT IS SO ORDERED.

Dated:  June 28, 2022                                     /s/ Hala Y. Jarbou
                                                                HALA Y. JARBOU
                                                                United States District Judge