**EXHIBIT 4**

# General Health Services Policy & Procedure



## Change Document  Jails 2018

Corizon Health is releasing the newly updated 2018 General Health Services Policy and Procedure Manual for our organization. The revisions to this manual were made based on the newly released NCCHC Standards for Health Services in Jails and the ACA Standards Supplement from 2016. The new Corizon manual reflects all changes required by these two guidance sources. This Change Document will provide guidance to changes in titles, numbering schemes, the combining of past standards content, the addition of new standards, and the deletion of some previous standards.

NCCHC accredited facilities have approximately six months to transition to the 2018 standards. Surveys in August, September, or October 2018 will have the option of being surveyed under the 2014 or 2018 standards. Effective November 1, 2018 all NCCHC surveys will be conducted using the 2018 standards.

We have high hopes that you will find the new layout of the policies and the addition of 'Facility Guidance' helpful as you make the policies site specific. The following 2 tables will outline the changes from the 2014 NCCHC Standards and our 2015 issue to now. Table 1 outlines how the 2014 standards were reorganized by section and number. Please note that in some cases the standard names were changed. Table 2 lists the 2018 names and numbers.

Table 1.

| Standard | 2014 Title | Changes to 2018 Edition |
|---|---|---|
| **Section A - Governance and Administration** | | |
| A-01 | Access to Care | |
| A-02 | Responsible Health Authority | |
| A-03 | Medical Autonomy | |
| A-04 | Administrative Meetings and Reports | |
| A-05 | Policies and Procedures | |
| A-06 | Continuous Quality Improvement Program | |
| A-07 | Emergency Response Plan | Combined with E-08 and moved to D-07 |
| A-08 | Communication on Patients' Health Needs | Moved to B-07 |
| A-09 | Privacy of Care | Moved to A-07 |
| A-10 | Procedure in the Event of an Inmate Death | Moved to A-09 |
| Form | 004B-Sentinel Event-Review Process Site Checklist | Removed from manual |
| Form | 004C-Sentinel Event-Psychological Autopsy Checklist | Removed from manual |
| A-11 | Grievance Mechanism for Health Complaints | Moved to A-10 |
| **Section B - Safety** | | |
| B-01 | Infection Prevention and Control Program | Moved to B-02 |
| B-02 | Patient Safety | Moved to B-08 |
| B-03 | Staff Safety | Moved to B-09 |
| B-04 | Federal Sexual Abuse Regulations | Combined with B-05 and moved to F-06 |
| B-05 | Response to Sexual Abuse | Combined with B-04 and moved to F-06 |
| **Section C - Personnel and Training** | | |
| C-01 | Credentials | |
| C-02 | Clinical Performance Enhancement | |
| C-03 | Professional Development | |
| C-04 | Health Training for Correctional Officers | |
| C-05 | Medication Administration Training | |
| C-06 | Inmate Workers | |
| C-07 | Staffing | |
| C-08 | Health Care Liaison | |
| C-09 | Orientation of Health Care Staff | |

# General Health Services Policy & Procedure



Change Document  Jails 2018

## Table 1. (continued)

| Standard | 2014 Title | Changes to 2018 Edition |
|---|---|---|
| **Section D - Health Care Services and Support** | | |
| D-01 | Pharmaceutical Operations | |
| D-02 | Medication Services | |
| D-03 | Clinic Space, Equipment, and Supplies | |
| D-04 | Diagnostic Services | |
| D-05 | Hospital and Specialty Care | Moved to D-08 |
| **Section E - Patient Care and Treatment** | | |
| E-01 | Information on Health Services | |
| E-02 | Receiving Screening | |
| E-03 | Transfer Screening | |
| E-04 | Initial Health Assessment | |
| E-05 | Mental Health Screening and Evaluation | |
| E-06 | Oral Care | |
| E-07 | Nonemergency Health Care Requests and Services | |
| E-08 | Emergency Services | Combined with A-07 and moved to D-07 |
| E-09 | Segregated inmates | Moved to G-02 |
| E-10 | Patient Escort | Moved to D-06 |
| E-11 | Nursing Assessment Protocols | Moved to E-08 |
| E-12 | Continuity and Coordination of Care During Incarceration | Moved to E-09 |
| E-13 | Discharge Planning | Moved to E-10 |
| **Section F - Health Promotion** | | Standards were combined and moved to B-01 |
| F-01 | Healthy Lifestyle Promotion | |
| F-02 | Medical Diets | |
| F-02.01 | Hunger Strike | |
| Form | NA0094-Food Flowsheet | Removed from manual |
| Form | NA0095-Hunger Strike Monitoring | Removed from manual |
| Form | NA0096-Effects of Starvation | Removed from manual |
| F-03 | Use of Tobacco | |
| **Section G - Special Needs and Services** | | Special Needs and Services now Section F |
| G-01 | Chronic Disease Services | Combined with G-02 and moved to F-01 |
| G-02 | Patients with Special Health Needs | Combined with G-01 and moved to F-01 |
| G-03 | Infirmary Care | Moved to F-02 |
| G-04 | Basic Mental Health Services | Moved to F-03 |
| G-04.01 | Mental Health Programs and Residential Units | Removed- applies to prison only |
| G-05 | Suicide Prevention Program | Moved to B-05 |
| G-06 | Patients with Alcohol and Other Drug Problems | Combined with G-07 and moved to F-04 |
| G-07 | Intoxication and Withdrawal | Combined with G-07 and moved to F-04 |
| G-08 | Contraception | Moved to B-06 |
| G-09 | Counseling and Care of the Pregnant Inmate | Moved to F-05 |
| G-10 | Aids to Impairment | Combined with G-01 and moved to F-01 |
| G-10.01 | Vision Care | Combined with G-01 and moved to F-01 |
| G-11 | Care for the Terminally Ill | Combined with I-04 and moved to F-07 |
| **Section H - Health Records** | | Standards were combined and moved to A-08 |
| H-01 | Health Record Format and Contents | |
| H-02 | Confidentiality of Health Records | |
| H-03 | Management of Health Records | |
| H-04 | Access to Custody Information | |

# General Health Services Policy & Procedure



**Change Document  Jails 2018**

## Table 1. (continued)

| Standard | 2014 Title | Changes to 2018 Edition |
|---|---|---|
| Section I - Medical-Legal Issues | | Medical-Legal issues are now Section G |
| I-01 | Restraint and Seclusion | Moved to G-01 |
| I-02 | Emergency Psychotropic Medication | Moved to G-03 |
| I-03 | Forensic Information | Moved to G-04 |
| I-04 | End-of-Life Decision Making | Combined with G-11 and moved to F-07 |
| I-05 | Informed Consent and Right to Refuse | Moved to G-05 |
| I-06 | Medical and Other Research | Moved to G-06 |

## Table 2.

| Standard | 2018 Title | Changes |
|---|---|---|
| Section A - Governance and Administration | | |
| A-01 | Access to Care | |
| A-02 | Responsible Health Authority | |
| A-03 | Medical Autonomy | |
| A-04 | Administrative Meetings and Reports | |
| A-05 | Policies and Procedures | |
| A-06 | Continuous Quality Improvement Program | |
| A-07 | Privacy of Care | |
| A-07.01 | Medical Chaperone | New Corizon addition |
| A-08 | Health Records | |
| A-09 | Procedure in the Event of an Inmate Death | |
| A-10 | Grievance Process for Health Care Complaints | Revised name |
| Section B - Health Promotion, Safety, and Disease Prevention | | |
| B-01 | Healthy Lifestyle Promotion | |
| B-02 | Infectious Disease Prevention and Control | Revised name |
| B-03 | Clinical Preventive Services | Revised name |
| B-04 | Medical Surveillance of Inmate Workers | New standard |
| B-05 | Suicide Prevention and Intervention | Revised name |
| B-06 | Contraception | |
| B-07 | Communication on Patients' Health Needs | |
| B-08 | Patient Safety | |
| B-09 | Staff Safety | |
| Section C - Personnel and Training | | |
| C-01 | Credentials | |
| C-02 | Clinical Performance Enhancement | |
| C-03 | Professional Development | |
| C-03.01 | CPR Certification Requirements-Health Staff | New Corizon addition |
| C-04 | Health Training for Correctional Officers | |
| C-05 | Medication Administration Training | |
| C-06 | Inmate Workers | |
| C-07 | Staffing | |
| C-08 | Health Care Liaison | |
| C-09 | Orientation for Health Staff | |

# General Health Services Policy & Procedure



**Change Document Jails 2018**

## Table 2. (continued)

| Standard | 2018 Title | Changes |
|---|---|---|
| **Section D – Ancillary Health Care Services** | | |
| D-01 | Pharmaceutical Operations | |
| D-02 | Medication Services | |
| D-03 | Clinic Space, Equipment, and Supplies | |
| D-04 | On-Site Diagnostic Services | Revised name |
| D-05 | Medical Diets | |
| D-05.01 | Hunger Strike | Corizon addition |
| D-06 | Patient Escort | |
| D-07 | Emergency Services and Response Plan | Revised name |
| D-08 | Hospital and Specialty Care | |
| **Section E – Patient Care and Treatment** | | |
| E-01 | Information on Health Services | |
| E-02 | Receiving Screening | |
| E-03 | Transfer Screening | |
| E-04 | Initial Health Assessment | |
| E-05 | Mental Health Screening and Evaluation | |
| E-06 | Oral Care | |
| E-07 | Nonemergency Health Care Requests and Services | |
| E-08 | Nursing Assessment Protocols and Procedures | Revised name |
| E-09 | Continuity, Coordination, and Quality of Care During Incarceration | Revised name |
| E-10 | Discharge Planning | |
| **Section F – Special Needs and Services** | | |
| F-01 | Patients with Chronic Disease and Other Special Needs | Revised name |
| F-02 | Infirmary Level Care | Revised name |
| F-03 | Behavioral Health Services | Revised name |
| F-04 | Medically Supervised Withdrawal and Treatment | Revised name |
| F-05 | Counseling and Care of the Pregnant Inmate | |
| F-06 | Response to Sexual Abuse | |
| F-07 | Care of the Terminally Ill | |
| **Section G – Medical-Legal Issues** | | |
| G-01 | Clinically Ordered Restraint and Seclusion | Corizon revised name |
| G-01.01 | Custody Ordered Restraint and Seclusion | New Corizon addition |
| G-02 | Segregated Inmates | |
| G-03 | Emergency Psychotropic Medication | |
| G-04 | Therapeutic Relationship, Forensic Information, and Disciplinary Actions | Revised name |
| G-05 | Informed Consent and Right to Refuse | |
| G-06 | Medical and Other Research | |

# General Health Services Policy & Procedure
## Table of Contents-Jail 2018



| Corizon Policy# | Title | Core Process | NCCHC 2018 | NCCHC MH-2015 | ACA 4th Edition 4-ALDF- | ACA 2016 Supplement |
|---|---|---|---|---|---|---|
| **Section A - Governance and Administration** | | | | | | |
| A-01.00 | Access to Care | | A-01 | A-01 | 4C-01,-02 | |
| A-02.00 | Responsible Health Authority | ALL | A-02 | A-02 | 4D-01 | |
| A-03.00 | Medical Autonomy | | A-03 | A-03 | 4D-02 | |
| A-04.00 | Administrative Meetings and Reports | | A-04 | A-04 | 7D-25,-26 | |
| A-05.00 | Policies and Procedures | ALL | A-05 | A-05 | 7D-06,-07,-08 | 7D-06 revised 2007 |
| A-06.00 | Continuous Quality Improvement Program | | A-06 | A-06 | 4D-24 | |
| A-07.00 | Privacy of Care | | A-07 | A-09 | 4D-19 | |
| A-07.01 | Medical Chaperone | | A-07 | A-09 | 4D-19 | |
| A-08.00 | Health Records | | A-08 | H-03 | 4D-13,-14,-26,-28 | |
| A-09.00 | Procedure in the Event of an Inmate Death | | A-09 | A-10 | 4D-12,-23-24 | |
| A-10.00 | Grievance Process for Health Care Complaints | | A-10 | A-11 | 6B-01 | |
| **Section B – Health Promotion, Safety, and Disease Prevention** | | | | | | |
| B-01.00 | Healthy Lifestyle Promotion | | B-01 | F-02 | 4A-07, 4C-21 | |
| B-02.00 | Infectious Disease Prevention and Control | | B-02 | B-01 | 1A-01, 4C-14-18 | |
| B-03.00 | Clinical Preventive Services | | B-03 | None | 4C-14, -26 | |
| B-04.00 | Medical Surveillance of Inmate Workers | | B-04 | None | none | |
| B-05.00 | Suicide Prevention and Intervention | C-SOP 503 | B-05 | G-04 | 4C-32, -33 | |
| B-06.00 | Contraception | | B-06 | None | none | |
| B-07.00 | Communication on Patients' Health Needs | C-SOP 301 | B-07 | A-08 | 4C-40 | |
| B-08.00 | Patient Safety | | B-08 | B-02 | 1A-08 | |
| B-09.00 | Staff Safety | | B-09 | B-03 | none | |
| **Section C – Personnel and Training** | | | | | | |
| C-01.00 | Credentials | | C-01 | C-01 | 4D-03, -05 | 4D-05 revised 2005 |
| C-02.00 | Clinical Performance Enhancement | C-SOP CQI-1405 CQI-1406 | C-02 | C-02 | 4D-25 | |
| C-03.00 | Professional Development | | C-03 | C-03 | 7B-08 | 7B-08 revised 2005 |
| C-03.01 | CPR Certification Requirements- Health Staff | | C-03 | C-03 | 7B-08 | 7B-08 revised 2005 |
| C-04.00 | Health Training for Correctional Officers | | C-04 | C-04 | 7B-10-1 | 7B-10-1 added 2005 |
| C-05.00 | Medication Administration Training | 200-Med.Mgmt | C-05 | C-05 | 4C-38 | |
| C-06.00 | Inmate Workers | | C-06 | C-06 | 4D-11 | 4D-11 revised 2008 |
| C-07.00 | Staffing | | C-07 | C-07 | 2A-15, 4D-10 7F-07 | |

NA-J0083
Issued 11/2015

Revised 8/2018

© 2018 Corizon Health, Inc.
CH000019
Page 1 of 3

# General Health Services
## Policy & Procedure
### Table of Contents-Jail 2018



| Corizon Policy# | Title | Core Process | NCCHC 2018 | NCCHC MH-2015 | ACA 4th Edition 4-ALDF- | ACA 2016 Supplement |
|---|---|---|---|---|---|---|
| **Section C – Personnel and Training** | | | | | | |
| C-08.00 | Health Care Liaison | | C-08 | C-08 | 4D-04 | |
| C-09.00 | Orientation for Health Staff | | C-09 | C-03 | 7B-09, -13 | 7B-09 Revised 2004 |
| **Section D – Ancillary Health Care Services** | | | | | | |
| D-01.00 | Pharmaceutical Operations | 200-Med. Mgmt. | D-01 | D-01 | 4C-38 | |
| D-02.00 | Medication Services | 200-Med. Mgmt. | D-02 | A-01 | 4C-38 | |
| D-03.00 | Clinic Space, Equipment, and Supplies | | D-03 | D-03 | 2D-03, 4D-09 | |
| D-04.00 | On-Site Diagnostic Services | | D-04 | D-04 | none | |
| D-05.00 | Medical Diets | | D-05 | None | 4A-07, -09 | 4A-09 Revised 2004 |
| D-05.01 | Hunger Strike | | D-05 | None | 4A-07, -09 | 4A-09 Revised 2004 |
| D-06.00 | Patient Escort | | D-06 | E-08 | 4C-06 | |
| D-07.00 | Emergency Services and Response Plan | 500-Urgent/ Emergent | D-07 | E-08 | 4C-06 | |
| D-08.00 | Hospital and Specialty Care | | D-08 | D-05 | 4C-04, -05 | |
| **Section E – Patient Care and Treatment** | | | | | | |
| E-01.00 | Information on Health Services | | E-01 | E-01 | 4C-01, -02 | |
| E-02.00 | Receiving Screening | 100-Intake | E-02 | E-02 | 4C-20, -22, -29 | |
| E-03.00 | Transfer Screening | | E-03 | E-03 | 4C-23, 4D-27 | |
| E-04.00 | Initial Health Assessment | 600-Health Assessment | E-04 | None | 4C-24, -25, -30 | 4C-30 Revised 2005 |
| E-05.00 | Behavioral Health Screening and Evaluation | C-SOP 105 | E-05 | E-02, -04 | 4C-29, -30 | 4C-30 Revised 2005 |
| E-06.00 | Oral Care | C-SOP 503 | E-06 | None | 4C-20 | |
| E-07.00 | Nonemergency Health Care Requests and Services | 700-Sick Call | E-07 | E-05 | 4C-03 | |
| E-08.00 | Nursing Assessment Protocols and Procedures | C-SOP 704 O-SOP-CQI 1406 | E-08 | None | none | |
| E-09.00 | Continuity, Coordination, and Quality of Care During Incarceration | | E-09 | E-09 | 4C-04 | |
| E-10.00 | Discharge Planning | C-SOP 201 219 | E-10 | E-10 | 4C-04 5B-18 | 5B-18 Revised 2007 |

NA-J0083
Issued 11/2015

Revised 8/2018

© 2018 Corizon Health, Inc.
CH000020
Page 2 of 3

# General Health Services
## Policy & Procedure
### Table of Contents-Jail 2018



| Corizon Policy# | Title | Core Process | NCCHC 2018 | NCCHC MH-2015 | ACA 4th Edition 4-ALDF- | ACA 2016 Supplement |
|---|---|---|---|---|---|---|
| **Section F – Special Needs and Services** | | | | | | |
| F-01.00 | Patients with Chronic Disease and Other Special Needs | 300-Chronic Care / Special Needs | F-01 | G-03 | 4C-07, -19, -40 | 4C-19 Revised 2014 |
| F-02.00 | Infirmary Level Care | 400 Infirmary | F-02 | None | 4C-09 | |
| F-03.00 | Behavioral Health Services | | F-03 | G-01, -06 | 4C-27, -28 | |
| F-04.00 | Medically Supervised Withdrawal and Treatment | | F-04 | G-05 | 4C-36 | |
| F-05.00 | Counseling and Care of the Pregnant Inmate | | F-05 | G-07 | 4C-13 | |
| F-06.00 | Response to Sexual Abuse | | F-06 | B-05 | 4D-22-6 | |
| F-07.00 | Care for the Terminally Ill | C-SOP 412 | F-07 | None | 4C-07 | |
| **Section G – Medical-Legal Issues-01** | | | | | | |
| G-01.00 | Clinically Ordered Restraint and Seclusion | | G-01 | I-01 | 4D-21 | |
| G-01.01 | Custody Ordered Restraint and Seclusion | C-SOP 501 | G-01 | I-01 | 2B-03 | 2B-03 Revised 2015 |
| G-02.00 | Segregated Inmates | | G-02 | E-07 | 2A-45 | |
| G-03.00 | Emergency Psychotropic Medication | C-SOP 503 | G-03 | I-02 | 4D-17 | |
| G-04.00 | Therapeutic Relationship, Forensic Information, and Disciplinary Action | | G-04 | I-03 | none | |
| G-05.00 | Informed Consent and Right to Refuse | | G-05 | I-04 | 4D-15 | |
| G-05.01 | Refusal of Medication or Clinical Encounter | | G-05 | I-04 | 4D-15 | |
| G-06.00 | Medical and Other Research | | G-06 | I-05 | 4D-18 | |

NA-J0083
Issued 11/2015

Revised 8/2018

© 2018 Corizon Health, Inc.
CH000021
Page 3 of 3