UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MINUTES**

CHARLES JONES,

    Plaintiff,

v.

COUNTY OF KENT, et al.,

    Defendants.
_____/

CASE NO.: 1:20-cv-36
DATE: July 21, 2022
TIME: 10:34 AM – 11:08 AM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):
Jennifer G. Damico

DEFENDANT(S):
Devlin Kyle Scarber
Ronald W. Chapman

**PROCEEDINGS**

NATURE OF HEARING:
Final Pretrial Conference held on the record; Plaintiff's oral motion to adjourn granted; Defendants' motions in limine (ECF Nos. 158, 159) granted by stipulation; orders to issue.

COURT REPORTER:   Genevieve Hamlin          /s/ A. Seymore
                                                                           CASE MANAGER