UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones,

       Plaintiff,

v.

       Case No. 1:20-cv-36

       Hon. Hala Y. Jarbou

COUNTY OF KENT, et al.,

       Defendants.
_____/

## ORDER

The Court held a final pretrial conference on the record, with all parties present, on July 21, 2022. For the reasons stated on the record,

**IT IS ORDERED** that Defendants' Motion in Limine to Preclude Reference to the Prior Administrative Complaint Against Chad Goetterman, R.N.'S Nursing License as Unfairly Prejudicial and Improper Character Evidence (ECF No. 158) is **GRANTED by stipulation**.

**IT IS FURTHER ORDERED** that Defendants' Motion in Limine to Preclude Reference to Corizon Defendants' Training and Employment Records (ECF No. 159) is **GRANTED by stipulation**.

Dated: July 22, 2022                    /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      CHIEF UNITED STATES DISTRICT JUDGE