UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES,

        Plaintiff,                          Case No. 1:20−cv−36

        v.                                  Hon. Hala Y. Jarbou

UNKNOWN PARTIES, et al.,

        Defendants.

_____/

### ORDER

       The Court having reviewed Defendants' Motion to Allow Defendants' Insurance Adjuster to Appear by Video or Zoom at the Upcoming Final Pretrial Conference on October 17, 2022, due to Medical Reasons (ECF No. 184), **IT IS ORDERED** that Defendants' motion (ECF No. 184) is **GRANTED**. Mr. Rachal may appear by Zoom at the Final Pretrial Conference; Zoom video conference information will be issued separately.

       IT IS SO ORDERED.

Dated:  October 14, 2022                          /s/ Hala Y. Jarbou
                                             HALA Y. JARBOU
                                             Chief United States District Judge