UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES,

    Plaintiff,

v.

COUNTY OF KENT, et al.,

    Defendants.

_____/

Case No. 1:20-cv-36

Hon. Hala Y. Jarbou

## ORDER

The Court held a final pretrial conference on the record, with all parties present, on October 17, 2022.  For the reasons stated on the record,

**IT IS ORDERED** that Plaintiff's Motion to Exclude the Testimony of Defendants' Expert Witness, Kimberly Pearson, MHA, MBA, RN, CCHP (ECF No. 154), is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion in Limine to Exclude Testimony and Evidence at Trial (ECF No.155) is **GRANTED IN PART and DENIED IN PART**.  The motion is granted as to precluding reference to any dismissed parties and claims, as to any reference regarding the Plaintiff's prior alcohol-related arrest and conviction from 2022, and as to legal conclusions by Defendants' expert witnesses that Defendants' conduct did not amount to deliberate indifference [to a serious medical need].  Reference to Plaintiff's abandoned economic damages claim and Plaintiff's failure to file or pay income taxes is granted in part and denied in part.  The motion is denied as to legal conclusions by Defendants' expert witnesses that Plaintiff had an "impaired ability to function" due to alcohol.

**IT IS FURTHER ORDERED** that Corizon Defendants' Motion in Limine to Preclude Reference to Corizon Policies and Procedures at Trial as Irrelevant (ECF No.156) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant Corizon Health Inc.'s Motion in Limine to Preclude Reference to Corizon at Trial as Irrelevant (ECF No. 157) is **DENIED**.

**IT IS FURTHER ORDERED** that Corizon Defendants' Motion in Limine to Preclude Reference to Decedent Detoxing Prior to 1:00 AM on April 26, 2018 (ECF No. 160) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants Teri Byrne, R.N.; Janice Steimel, L.P.N.; Joanne Sherwood, N.P.; Melissa Furnace, R.N.; Dan Card, L.P.N.; Chad Goetterman, R.N.; James Mollo, L.P.N.; and Lynne Fielstra, L.P.N.'s Motion in Limine to Limit Plaintiff's Damages Pursuant to the Deliberate Indifference Claim to Survival Damages (ECF No. 161) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for sanctions contained in Plaintiffs Response (ECF No. 166) to Defendant's motion (ECF No. 161) is denied.

**IT IS FURTHER ORDERED** that Corizon Defendants' Motion in Limine to Preclude Plaintiff's Nursing Expert, Stephen Furman, CCRN, from Offering Testimony Regarding the Applicable Standard of Care for the Corizon Nursing Defendants (ECF No. 162) is **DENIED.**

Dated: October 18, 2022                         /s/ Hala y. Jarbou
                                                HALA Y. JARBOU
                                                CHIEF UNITED STATES DISTRICT JUDGE