AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:20-cv-00036-HYJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows:   via email to Heather C. Staeven legal counsel to Spectrum Health on behalf of Dr. Jason Frost. Please see acceptance of service by Ms. Staevan attached.   on *(date)* October 21, 2022   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$   See Additional information below.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: October 27, 2022

*Server's signature*

Jennifer G. Damico
*Printed name and title*

29000 Inkster Rd., Ste. 150, Southfield, MI 48034
*Server's address*

Additional information regarding attempted service, etc.:

Counsel for Plaintiff will provide a check to the witness once the the mileage is provided by legal counsel.

| | |
|---|---|
| From: | Staeven, Heather C. |
| To: | Jennifer Damico |
| Cc: | Susan Kania |
| Subject: | RE: Request for Assistance in Serving Trial Subpoenas (Witness Only) on Spectrum Physicians |
| Date: | Friday, October 21, 2022 10:35:53 AM |
| Attachments: | image003.png |
| | image004.png |

Thank you.

Heather C. Staeven, JD
(She/her/hers)
Manager, Claims and Litigation

Legal Department, MC 050
444 Michigan Street NE
Grand Rapids, MI  49503

p. 616.486.1443
p. 616.391.0027 (assistant)
c. 616.862.3714
e. heather.staeven@spectrumhealth.org



**CONFIDENTIALITY NOTICE**
This message is confidential, intended only for the named recipients(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above (call collect if long distance), delete this e-mail address from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

**From:** Jennifer Damico <jennifer@buckfirelaw.com>
**Sent:** Friday, October 21, 2022 10:14 AM
**To:** Staeven, Heather C. <Heather.Staeven@spectrumhealth.org>
**Cc:** Susan Kania <SKania@buckfirelaw.com>
**Subject:** RE: Request for Assistance in Serving Trial Subpoenas (Witness Only) on Spectrum Physicians

Heather,

Thank you for your response.  This email will confirm that you have accepted service on behalf of Dr. Jason Frost.  At this time, I am not sure if I will need him at trial.  I will reach out to ECS now and see if the legal department will accept service on behalf of Drs. Mervau and Chapin.  As soon as I hear back from ECS, I will let you now if Dr. Frost's appearance at trial is required.

Sincerely,

Jennifer

**Jennifer G. Damico | Attorney at Law**
29000 Inkster Road, Suite 150 | Southfield, MI  48034
Office (248) 569-4646 | Direct (248) 234-9828 | Fax (248) 281-1886
jennifer@buckfirelaw.com | buckfirelaw.com

**BUCKFIRE LAW | WE'LL MAKE IT RIGHT.**
PERSONAL INJURY · ACCIDENT · MEDICAL MALPRACTICE

This message is for the intended recipient only and may contain privileged and confidential information. If you received it in error, please do not distribute it to others and return it to us by e-mail.

**From:** Staeven, Heather C. <Heather.Staeven@spectrumhealth.org>
**Sent:** Friday, October 21, 2022 9:43 AM
**To:** Jennifer Damico <jennifer@buckfirelaw.com>
**Subject:** RE: Request for Assistance in Serving Trial Subpoenas (Witness Only) on Spectrum Physicians

Ms. Damico,

Your email below was forwarded to me.  Unfortunately, we cannot accept the Subpoenas for Drs. Zak, Mervau or Chapin.  I do not see that Dr. Zak is a current employed provider with Spectrum Health.  Dr. Mervau and Dr. Chapin are employed with Emergency Care Specialists (ECS).  I highly recommend that you reach out to ECS at ecsadminsupport@ecs-wmi.com.  They will be able to assist you in getting the Subpoenas to the physicians.

I can accept the Subpoena for Dr. Frost.  Please advise whether or not you need him.  From your letter, I understand that you prefer Dr. Mervau and/or Dr. Chapin.

For the future, if you have a Subpoena for an employed provider, you may send it to me via email at legal@spectrumhealth.org.  If you have any questions or concerns, please do not hesitate to contact me.

Heahter

Heather C. Staeven, JD
(She/her/hers)
Manager, Claims and Litigation

Legal Department, MC 050
444 Michigan Street NE
Grand Rapids, MI 49503

p. 616.486.1443
p. 616.391.0027 (assistant)
c. 616.862.3714
e. heather.staeven@spectrumhealth.org



**CONFIDENTIALITY NOTICE**
This message is confidential, intended only for the named recipients(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above (call collect if long distance), delete this e-mail address from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

**From:** Leonard, David M. <David.Leonard@corewellhealth.org>
**Sent:** Friday, October 21, 2022 9:10 AM
**To:** Staeven, Heather C. <Heather.Staeven@spectrumhealth.org>
**Subject:** Fwd: Request for Assistance in Serving Trial Subpoenas (Witness Only) on Spectrum Physicians

Here they are!

**David M. Leonard**
(he/him/his)
Chief Legal Officer

616.889.8050 Cell
616.391.1245 Assistant
**corewellhealth.org**

100 Michigan Street NE | MC 060
Grand Rapids, MI 49503

*My working hours may not be your working hours. Please respond during **your** working hours.*

This e-mail message contains information which may be confidential and/or legally privileged under patient privacy and/or other laws. Unless you are the intended recipient (or have been authorized to receive on behalf of the intended recipient), please do not use, copy, print or disclose to anyone this message or any information contained in this message or from any attachments that were sent with this message. If you have received this message in error, please advise the sender by e-mail, and delete the message and any of its attachments. If you have any questions or concerns, please contact postmaster@spectrumhealth.org.

---

**From:** Jennifer Damico <jennifer@buckfirelaw.com>
**Sent:** Friday, October 21, 2022 9:02:23 AM

**To:** Leonard, David M. <David.leonard@spectrumhealth.org>
**Cc:** Susan Kania <SKania@buckfirelaw.com>
**Subject:** Request for Assistance in Serving Trial Subpoenas (Witness Only) on Spectrum Physicians

Dear Mr. Leonard,

I left you a message yesterday regarding my request for assistance in serving the attached trial subpoenas on four (4) Spectrum Health (Grand Rapids) physicians. I have also attached a letter explaining the nature of the lawsuit and the involvement of the Spectrum physicians who are not involved in the litigation. I do not want a process server to bother these physicians either at work or at their homes in order to effectuate service. I would appreciate any assistance you could provide in connecting me to the person at Spectrum Health, either in risk management or the legal department, who handles subpoenas and coordinating trial testimony.

Please feel free to contact me at (248) 842-0807.

Sincerely,

Jennifer Damico

**Jennifer G. Damico | Attorney at Law**
29000 Inkster Road, Suite 150 | Southfield, MI  48034
Office (248) 569-4646 | Direct (248) 234-9828 | Fax (248) 281-1886
jennifer@buckfirelaw.com | buckfirelaw.com

**BUCKFIRE LAW | WE'LL MAKE IT RIGHT.**
PERSONAL INJURY • ACCIDENT • MEDICAL MALPRACTICE

This message is for the intended recipient only and may contain privileged and confidential information. If you received it in error, please do not distribute it to others and return it to us by e-mail.