## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

Case No: 1:20-cv-36

Hon. Judge Hala Y. Jarbou
Plaintiff,                                    Magistrate Judge Sally J. Berens

v.

Corizon Health, Inc. et al.

Defendants.

---

BUCKFIRE LAW FIRM
Jennifer G. Damico (P51403)
Attorney for Plaintiff
29000 Inkster Rd., Ste. 150
Southfield, MI 48034
(248) 569-4646
jennifer@buckfirelaw.com

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Devlin Scarber (P64532)
Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.;
Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa
Furnace, R.N.; Chad Richard Goetterman, R.N.;
James August Mollo, L.P.N.; Joanne Sherwood, N.P.;
and Janice Steimel, L.P.N.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

---

## STIPULATION AND ORDER DISMISSING DEFENDANTS TERI BYRNE (ALL CLAIMS) AND JOANNE SHERWOOD (MEDICAL MALPRACTICE CLAIM ONLY)

It is hereby stipulated and agreed that Plaintiff's claims against Terri Byrne shall be dismissed with prejudice and without costs to either party.

It is further stipulated and agreed that Plaintiffs' medical malpractice claims only, against Joanne Sherwood, NP shall be dismissed with prejudice and without costs to either party.

BUCKFIRE LAW FIRM
Attorney for Plaintiff


Dated:  November 9, 2022          By:  /s/ *Jennifer G. Damico*
                                                Jennifer G. Damico (P51403)


CHAPMAN LAW GROUP
Attorney for Defendants


Date: November 9, 2022          By:   /s/ *Ronald W. Chapman Sr.*
                                                Ronald W. Chapman, Sr. (P37603)