**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

                                                        Case No: 1:20-cv-36

                                              Hon. Judge Hala Y. Jarbou
        Plaintiff,                            Magistrate Judge Sally J. Berens

v.

Corizon Health, Inc., et al.

        Defendants.

| BUCKFIRE LAW FIRM | CHAPMAN LAW GROUP |
|---|---|
| Jennifer G. Damico (P51403) | Ronald W. Chapman Sr., M.P.A., |
| Attorney for Plaintiff | LL.M. (P37603) |
| 29000 Inkster Rd., Ste. 150 | Devlin Scarber (P64532) |
| Southfield, MI 48034 | Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.; |
| (248) 569-4646 | Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa |
| jennifer@buckfirelaw.com | Furnace, R.N.; Chad Richard Goetterman, R.N.; |
| | James August Mollo, L.P.N.; Joanne Sherwood, N.P.; |
| | and Janice Steimel, L.P.N. |
| | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | dscarber@chapmanlawgroup.com |

**ORDER DISMISSING DEFENDANTS TERRI BYRNE (ALL CLAIMS) AND JOANNE SHERWOOD (MEDICAL MALPRACTICE CLAIM ONLY)**

Pursuant to the parties' stipulation, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiffs claims against Defendant Terri Byrne, R.N. are dismissed with prejudice and without costs to either party.

IT IS FURTHER ORDERED that Plaintiff's medical malpractice claims against Defendant Joanne Sherwood, N.P. are dismissed with prejudice and without costs to either party.

IT IS SO ORDERED.

Dated: _____          _____
                                Hon. Judge Hala Y. Jarbou
                                U.S. District Court Judge