# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

        Case No: 1:20-cv-36

        Hon. Judge Hala Y. Jarbou
    Plaintiff,        Magistrate Judge Sally J. Berens

v.

Corizon Health, Inc., et al.

    Defendants.

---

| BUCKFIRE LAW FIRM | CHAPMAN LAW GROUP |
|---|---|
| Jennifer G. Damico (P51403) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Attorney for Plaintiff | Devlin Scarber (P64532) |
| 29000 Inkster Rd., Ste. 150 | Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.; Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa Furnace, R.N.; Chad Richard Goetterman, R.N.; James August Mollo, L.P.N.; Joanne Sherwood, N.P.; and Janice Steimel, L.P.N. |
| Southfield, MI 48034 | 1441 West Long Lake Rd., Suite 310 |
| (248) 569-4646 | Troy, MI 48098 |
| jennifer@buckfirelaw.com | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | dscarber@chapmanlawgroup.com |

## ORDER DISMISSING DEFENDANTS TERRI BYRNE (ALL CLAIMS) AND JOANNE SHERWOOD (MEDICAL MALPRACTICE CLAIM ONLY)

Pursuant to the parties' stipulation, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that Plaintiffs claims against Defendant Terri Byrne, R.N. are dismissed with prejudice and without costs to either party.

**IT IS FURTHER ORDERED** that Plaintiff's medical malpractice claims against Defendant Joanne Sherwood, N.P. are dismissed with prejudice and without costs to either party.

Date: November 9, 2022        /s/ Hala Y. Jarbou
        HALA Y. JARBOU
        Chief United States District Judge