UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES,

    Plaintiff,

v.

                              Case No. 1:20-cv-36

                              Hon. Hala Y. Jarbou

CORIZON HEALTH, et al.,

    Defendants.
_____/

## ORDER

The Court held a motion hearing on the record, with all parties present, on November 14, 2022. For the reasons stated on the record,

**IT IS ORDERED** that Corizon Defendants' Motion in Limine as to Plaintiff's Deliberate Indifference Claim Against Joanne Sherwood, N.P. (ECF No. 205) is **DENIED**.


Dated: November 14, 2022                    /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                         CHIEF UNITED STATES DISTRICT JUDGE