UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES,

    Plaintiff,

v.

CORIZON HEALTH, et al.,

    Defendants.

_____/

Case No. 1:20-cv-36

Hon. Hala Y. Jarbou

## ORDER

On November 21, 2022, Defendants made an oral motion for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure, wherein Defendants requested dismissal of the deliberate indifference claim against Joanne Sherwood, N.P., and dismissal of the medical malpractice claim against Melissa Furnace, R.N., after 5:00 AM. For the reasons and grounds stated on the record, which are incorporated herein by reference, Defendants' motion for judgment as a matter of law is **DENIED** as to dismissal of the deliberate indifference claim against Joanne Sherwood, N.P., and **GRANTED** as to dismissal of the medical malpractice claim against Melissa Furnace, R.N., after 5:00 AM**.**

    **IT IS SO ORDERED**.

Dated:  November 22, 2022              /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                     Chief United States District Judge