UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## MINUTES

CHARLES JONES,

    Plaintiff,

v.

CORIZON HEALTH, Inc., et al.,

    Defendants.
_____/

CASE NO. 1:20-cv-36
DATE: December 1, 2022
TIME: 9:42 AM – 9:44 AM
      10:27 AM – 10:30 AM
      5:15 PM – 5:17 PM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Jennifer G. Damico

DEFENDANT(S)
Ronald W. Chapman
Devlin Kyle Scarber

## PROCEEDINGS

NATURE OF HEARING:
Jury Trial – day 11; continuation of jury deliberations; jury deliberations continued to 12/2/2022 at 9:00 AM.

COURT REPORTER:   Genevieve Hamlin

/s/ K. Wilkes
CASE MANAGER