11-16-22
10:46 Am

Can we talk about the case with each other in the jury room Before deliberations?

11/16/22
2:54 pm

Will we be able to have access to Exhibits and other things that have been shown on the screen during deposition

11/12/22
8:51 A

My Job that is currently understaffed, lost the 1 person that was doing the Job last night as they quit. So now they are trying to use other hospital employees to help supply the hospital + Clinics will all their supplies

#1

11-17-22
3:01 pm

Will the court let us know if the day is Cancelled Due to inclimate weather

My Dad got moved to the hospital.
on 4/6/22 Don't know exatly what is wrong with him but he is ill and you never know if it will get worse or better

DOS6/ Juror 2

11/18/22
9:09 AM

This morning I woke up to my stomach hurting. I threw up black stuff trying to walk out the door and threw up when coming in.

J056/ Juror

11-29
4:44 pm

Can we have the list of persons on "Medical Malpractice" list?

JUROR #4

Foreperson

Janice Steimel, LPN
James Mollo, LPN, only before 5a.m. on 4/27/18
Lynne Fielstra, LPN
Dan Card, LPN, only before 5a.m. on 4/27/18
Melissa Furnace, RN, only before 5 a.m. on 4/27/18

[signatures]

12/1/22
9:27am

- Could we have the book of evidence from the witness stand and access to the videos, please

- Could we get a clock if possible.

12-1-22
10:17 AM

MAY we HAVE ALL court transcripts of experts & defendants available?

- Transcripts are not available
- Please rely on your memory.

CAN we take Materials and pin them to the wall for visual reference?

- Yes

12-1-22
1:25 pm

MAY I MAKE A PHONE CALL HOME DURING LUNCH?

MY MOTHER WAS NOT WELL TODAY.

JUROR #4

You will be allowed to step out and make a phone call. ALL Deliberations Must stop while you are out of the deliberation Room. Deliberations can resume when you return.

12-1-22
5:05 pm

Can we call it a day please. Restart in the morning

Juror 0038

You can end for the day. Deliberations will resume at 9 a.m. tomorrow 12/2/22.

Do we need everyone to agree on each verdict or is it based on a majority vote?

Please refer to the instructions— the verdict must be unanimous.

12-2-22
11:10 Am

Clock?

#5

You'll get the clock back.

*[signature]*

12-2-22
12:26 pm

Could we have another copy of the verdict form so we can make notes on it?

Yes.

You're doing great out there

12/2/22
1:04 pm

What does it mean ~~a~~ non-economic damages mean. On page #35 of the instructions.

# 0038

Please rely on the instructions you have been given.

12-2-22
2:12 pm

We're done with the Verdicts

#4