UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES,

    Plaintiff,

v.

CORIZON HEALTH INC., et al.,

    Defendants.

_____/

Case No. 1:20-cv-36

HON. HALA Y. JARBOU

## JUDGMENT

Plaintiff Charles Jones sued Corizon Health Inc., Teri Byrne, R.N., Janice Steimel, L.P.N., Joanne Sherwood, N.P., Melissa Furnace, R.N., Dan Card, L.P.N., Chad Richard Goetterman, R.N., James August Mollo, L.P.N., Lynne Fielstra, L.P.N., alleging Deliberate Indifference and Professional Negligence in the death of his son, Wade Jones. The jury found in favor of Plaintiff, and against Defendants Mollo, Furnace, and Goetterman, on the Deliberate Indifference claim and awarded Plaintiff a total of $6.4 million dollars in compensatory damages. The jury found in favor of Defendants on Plaintiff's claim of Professional Negligence.

Consistent with the Jury's findings and verdict, the Court **ENTERS JUDGMENT** against Defendants Mollo, Furnace, and Goetterman, who are liable to Plaintiff Charles Jones, as Personal Representative of the Estate of Wade Jones, for $6.4 million in compensatory damages for Plaintiff's Deliberate Indifference claim.

Consistent with the jury's findings of no cause and verdict, the Court **DISMISSES WITH PREJUDICE** Plaintiff's Professional Negligence claim.

With this Judgment, all claims have been resolved.

Date:   December 5, 2022                             /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE