# EXHIBIT C

# invoice



**FROM**

Salome Brand, CSR No. 12126
168 Spanish Moss Place
Camarillo, California 93009
805.432.8235
steno98@aol.com

| | |
|---|---|
| INVOICE # | 268 |
| INVOICE DATE | 11/09/2022 |
| DUE DATE | 11/24/2022 |

**BILL TO**

BUCKFIRE LAW FIRM
JENNIFER G. DAMICO, ATTORNEY AT LAW
29000 Inkster Road, Suite 150
Southfield, Michigan 48034
248.569.4646
jennifer@buckfirelaw.com
skania@buckfirelaw.com

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 141 | O + 1<br>11-1-22 Videotaped Deposition of Expert Witness Valerie Tennessen in re: Jones vs. County of Kent Case No. 1:20-cv-00036 | 7.25 | 1,022.25 |
| 1 | Per Diem | 250.00 | 250.00 |

| TOTAL | $1,272.25 |
|---|---|

TERMS & CONDITIONS

**EWMAN IDEO, INC**
LITIGATION SUPPORT SERVICES
24901 Northwestern Highway
Suite 725
Southfield, Michigan 48075

# INVOICE

Date 11/22/2022

Number 16437

Balance Due $949.75

Bill To:

Jennifer Damico, Esq.
Buckfire & Buckfire, P.C.
29000 Inkster Rd, Suite 150
Southfield, MI 48034
248.569.4646

Action:

Charles Jones vs. Corizon
1:20-cv-00036
Federal Court- Lansing
Hon. Jarbou

| Job #: | File #: | Rep | Due Date | Ship Date | Ship Via | Terms |
|---|---|---|---|---|---|---|
| 143723 | | JR | 12/22/2022 | 11/21/2022 | | Net 30 |

| Service Date | Proceeding/Witness | Description | Size / Style | Rate | Quantity | Amount |
|---|---|---|---|---|---|---|
| 11/21/2022 | Lansing, MI | Courtroom Playback (First 2 Hours)<br>Courtroom Playback- additional hours<br>12:30- 3:50<br>Parking<br>Time & Travel | | 295.00<br>125.00<br><br>4.75<br>150.00 | <br>4 | 295.00<br>500.00<br><br>4.75<br>150.00 |

Disputes and/or refunds will not be honored or issued after 30 days. Payment is not contingent on client reimbusement. There is a 3.5% processing fee for all credit card payments.

**Balance Due** $949.75

| Phone | Fax | email | Federal Tax ID.:38-3307163 |
|---|---|---|---|
| 855.267.3548 or 248.809.3828 | 248.262.7039 | accounting@corelitigation.com | After 30 days, a montly service charge of 1.5%, or 18% annually, will be assessed to past due accounts. |