# Exhibit 1

00876997

**Jennifer Damico**

| | |
|---|---|
| **From:** | Jennifer Damico |
| **Sent:** | Tuesday, December 20, 2022 12:24 PM |
| **To:** | Devlin Scarber |
| **Cc:** | Ronald Chapman Sr. |
| **Subject:** | Re: Motion for Attorney Fees |

I'm filing it today. I'll shoot it over when I'm finished.

Get Outlook for iOS

---

**From:** Devlin Scarber <dscarber@chapmanlawgroup.com>
**Sent:** Tuesday, December 20, 2022 12:05:27 PM
**To:** Jennifer Damico <jennifer@buckfirelaw.com>
**Cc:** Ronald Chapman Sr. <rchapman@chapmanlawgroup.com>
**Subject:** RE: Motion for Attorney Fees

Hi Jennifer,

I'd really need to look at your proposed attorney fees to determine what we could concur on. Thanks,

**DEVLIN K. SCARBER** | Attorney

1441 West Long Lake Road, Suite 310, Troy, MI  48098
Phone:  (248) 644-6326
Fax:  (248) 644-6324
Email:  dscarber@chapmanlawgroup.com
Web:  www.chapmanlawgroup.com
Sign up for our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

**From:** Jennifer Damico <jennifer@buckfirelaw.com>
**Sent:** Tuesday, December 20, 2022 11:09 AM
**To:** Devlin Scarber <dscarber@chapmanlawgroup.com>
**Subject:** Motion for Attorney Fees

Devlin,

Pursuant to Rule 7.1, I am seeking concurrence in Plaintiff's Motion for Attorney's fees, and costs. I am assuming that Defendants will not concur.

Jennifer

1

**Jennifer Damico**

---

**From:** Jennifer Damico
**Sent:** Tuesday, December 20, 2022 3:14 PM
**To:** Devlin Scarber; Ronald Chapman Sr.
**Subject:** RE: Motion for Attorney Fees

**Follow Up Flag:** Copied to Worldox (Client Docs\210141\00878241.MSG)

Devlin and Ron,

I am a day late on this motion. My mother had a stroke last Wednesday, and had surgery to remove the clot on her brain. I have been at the hospital pretty much full time since last Thursday. I am requesting that Defendants stipulate to allow Plaintiff to file his Motion for Attorneys' Fees, Costs and Prejudgment Interest today (one day late). I will send over a stipulation for your approval.

I appreciate the courtesy.

Thank you,

Jennifer

**Jennifer G. Damico | Attorney at Law**
29000 Inkster Road, Suite 150 | Southfield, MI 48034
Office (248) 569-4646 | Direct (248) 234-9828 | Fax (248) 281-1886
jennifer@buckfirelaw.com | buckfirelaw.com



This message is for the intended recipient only and may contain privileged and confidential information. If you received it in error, please do not distribute it to others and return it to us by e-mail.

---

**From:** Jennifer Damico
**Sent:** Tuesday, December 20, 2022 11:09 AM
**To:** Devlin Scarber <dscarber@chapmanlawgroup.com>
**Subject:** Motion for Attorney Fees

Devlin,

1