**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

                                                   Case No: 1:20-cv-36

                                  Hon. Judge Hala Y. Jarbou
         Plaintiff,                   Magistrate Judge Sally J. Berens

v.

Corizon Health, Inc. et al.

      Defendants.

---

| | |
|---|---|
| BUCKFIRE LAW FIRM<br>Jennifer G. Damico (P51403)<br>Attorney for Plaintiff<br>29000 Inkster Rd., Ste. 150<br>Southfield, MI 48034<br>(248) 569-4646<br>jennifer@buckfirelaw.com | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)<br>Devlin Scarber (P64532)<br>Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.; Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa Furnace, R.N.; Chad Richard Goetterman, R.N.; James August Mollo, L.P.N.; Joanne Sherwood, N.P.; and Janice Steimel, L.P.N.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>dscarber@chapmanlawgroup.com |

**EXHIBIT A TO CORIZON DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW. AND/OR MOTION FOR A NEW TRIAL**

      **EXHIBIT A**        Lexis Report – Jury Foreman, Mr. Sharma

# Table of Contents

**Subject Summary** ........................................................................................................................... 2
**Others Using SSN - 0 records found** ........................................................................................... 2
**Address Summary - 5 records found** .......................................................................................... 2
**Voter Registrations - 2 records found** ......................................................................................... 4
**Driver Licenses - 4 records found** ............................................................................................... 4
**Professional Licenses - 0 records found** .................................................................................... 6
**Health Care Providers - 0 records found** .................................................................................... 6
**Health Care Sanctions - 0 records found** ................................................................................... 6
**Pilot Licenses - 0 records found** .................................................................................................. 6
**Sport Licenses - 0 records found** ................................................................................................ 6
**Weapon Permits - 0 records found** ............................................................................................. 6
**Real Property - 0 records found** .................................................................................................. 6
**Motor Vehicle Registrations - 0 records found** .......................................................................... 6
**Boats - 0 records found** ................................................................................................................ 6
**Aircraft - 0 records found** ............................................................................................................. 6
**Bankruptcy Information - 0 records found** ................................................................................. 6
**Judgments/Liens - 0 records found** ............................................................................................ 6
**UCC Liens - 0 records found** ....................................................................................................... 6
**Fictitious Businesses - 0 records found** .................................................................................... 6
**Notice Of Defaults - 0 records found** .......................................................................................... 6
**Potential Relatives - 10 records found** ....................................................................................... 6
**Business Associates - 0 records found** ..................................................................................... 9
**Person Associates - 0 records found** ......................................................................................... 9
**Neighbors - 10 records found** ...................................................................................................... 9
**Employment Locator - 1 records found** .................................................................................... 10
**Criminal Filings - 1 records found** ............................................................................................ 10
**Sexual Offenders - 0 records found** .......................................................................................... 11
**Cellular & Alternate Phones - 1 records found** ........................................................................ 11
**Utility Information - 0 records found** ........................................................................................ 11
**Possible Education - 2 records found** ...................................................................................... 11
**Sources - 45 records found** ....................................................................................................... 12



# 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2022 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:12/5/2022
Report processed by:
Chapman & Associates, P.C.

| Full Name | Address | County | Phone |
|---|---|---|---|
| SHARMA, AKASH KUMAR | 2142 WHITE OWL WAY APT 102<br>OKEMOS, MI 48864-5205<br>INGHAM COUNTY | INGHAM | None Listed |

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| | (Age:45) | Male | 002309805199 | SHARMAMT@AOL.COM<br>AKASHSHARMA@AOL.COM<br>AKASHSHARMA0516@AOL.COM<br>AKASH.SHARMA@AOL.COM<br>AKASH.SHARMA517@YAHOO.COM |

**Subject Summary**

**Name Variations**
1:   SHARMA, AKASH
2:   SHARMA, AKASH K
3:   SHARMA, AKASH KUMAR

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | | Kentucky | | |

**DOBs**
**Reported DOBs:**


**Others Using SSN - 0 records found**
**Address Summary - 5 records found**

| No. | Address |
|---|---|
| 1: | 2142 WHITE OWL WAY APT 102<br>OKEMOS, MI 48864-5205<br>INGHAM COUNTY |
| 2: | 918 S STATE ST APT 203<br>ANN ARBOR, MI 48104-3349<br>WASHTENAW COUNTY |
| 3: | 914 S STATE ST APT 102<br>ANN ARBOR, MI 48104-3348<br>WASHTENAW COUNTY |
| 4: | 419 HILL ST<br>ANN ARBOR, MI 48104-3220 |

| No. | Address |
|---|---|
| | WASHTENAW COUNTY |
| 5: | 1701 OCEAN AVE APT 26L<br>ASBURY PARK, NJ 07712-5626<br>MONMOUTH COUNTY |

**Address Details**

**1: 2142 WHITE OWL WAY APT 102 OKEMOS, MI 48864-5205**

| Address | Dates | Phone |
|---|---|---|
| 2142 WHITE OWL WAY APT 102<br>OKEMOS, MI 48864-5205<br>INGHAM COUNTY | 6/1997 - 11/2022 | |

**Census Data for Geographical Region**
Median Head of Household Age: 25
Median Income: $58,088
Median Home Value: $248,707
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**2: 918 S STATE ST APT 203 ANN ARBOR, MI 48104-3349**

| Address | Dates | Phone |
|---|---|---|
| 918 S STATE ST APT 203<br>ANN ARBOR, MI 48104-3349<br>WASHTENAW COUNTY | 9/2003 - 2/2005 | |

**Census Data for Geographical Region**
Median Head of Household Age: 21
Median Income: $12,500
Median Home Value: $193,182
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**3: 914 S STATE ST APT 102 ANN ARBOR, MI 48104-3348**

| Address | Dates | Phone |
|---|---|---|
| 914 S STATE ST APT 102<br>ANN ARBOR, MI 48104-3348<br>WASHTENAW COUNTY | 10/1999 - 9/2003 | |

**Census Data for Geographical Region**
Median Head of Household Age: 21
Median Income: $12,500
Median Home Value: $193,182
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**4: 419 HILL ST ANN ARBOR, MI 48104-3220**

| Address | Dates | Phone |
|---|---|---|
| 419 HILL ST<br>ANN ARBOR, MI 48104-3220<br>WASHTENAW COUNTY | 9/1998 - 10/1999 | |

**Census Data for Geographical Region**
Median Head of Household Age: 22
Median Income: $16,774

Median Home Value: $466,667
Median Education: 15 years
**Household Members**
None Listed
**Other Associates**
None Listed

**5: 1701 OCEAN AVE APT 26L ASBURY PARK, NJ 07712-5626**

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 1701 OCEAN AVE APT 26L<br>ASBURY PARK, NJ 07712-5626<br>MONMOUTH COUNTY | 8/2000 - 9/2000 | |

**Census Data for Geographical Region**
Median Head of Household Age: 50
Median Income: $22,568
Median Home Value: $875,000
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**Voter Registrations - 2 records found**
**1: Michigan Voter Registration**

**Registrant Information**
**Name:** SHARMA, AKASH KUMAR

**Residential Address:** 2142 WHITE OWL WAY
OKEMOS, MI 48864-5205
INGHAM COUNTY
**SSN:**
**Date of Birth:**
**Age:** 45-54
**Gender:** Male

**Voter Information**
**Registration Date:** 7/30/2001
**Last Vote Date:** 11/3/2020
**Active Status:** ACTIVE

**2: Michigan Voter Registration**

**Registrant Information**
**Name:** SHARMA, AKASH KUMAR

**Residential Address:** 2142 WHITE OWL WAY
OKEMOS, MI 48864-5205
INGHAM COUNTY
**SSN:**

**Gender:** Male

**Voter Information**
**Registration Date:** 7/30/2001
**Last Vote Date:** 11/8/2016
**Party Affiliation:** UNKNOWN
**Active Status:** ACTIVE

**Driver Licenses - 4 records found**

**1: Michigan Driver License**
**Driver Information**
**Name:** SHARMA, AKASH KUMAR

**Address:** 2142 WHITE OWL WAY
OKEMOS, MI 48864-5205
INGHAM COUNTY
**Data source:** Governmental: MI

### Personal Information
**SSN:**
**DOB:**
**Gender:** Male

### License Information
**License Type:** OPERATORS

### Additional Driver Information
**DOB:**
**Gender:** Male
**History:** Current

**2: Michigan Driver License**

### Driver Information
**Name:** SHARMA, AKASH KUMAR

**Address:** 914 S STATE ST APT 102
ANN ARBOR, MI 48104-3348
WASHTENAW COUNTY
**Data source:** Governmental: MI

### Personal Information
**SSN:**
**DOB:**
**Gender:** Male

### License Information
**License Type:** OPERATORS

### Additional Driver Information
**DOB:**
**Gender:** Male
**History:** Historical

**3: Michigan Driver License**

### Driver Information
**Name:** SHARMA, AKASH KUMAR

**Address:** 918 S STATE ST APT 203
ANN ARBOR, MI 48104-3349
WASHTENAW COUNTY
**Data source:** Governmental: MI

### Personal Information
**SSN:**
**DOB:**
**Gender:** Male

### License Information
**License Type:** OPERATORS

### Additional Driver Information
**DOB:**
**Gender:** Male
**History:** Historical

**4: Michigan Driver License**

### Driver Information
**Name:** SHARMA, AKASH

|  |  |
|---|---|
| Address: | 914 S STATE ST APT 102<br>ANN ARBOR, MI 48104-3348<br>WASHTENAW COUNTY |
| Data source: | Non-Governmental: MI |

**Personal Information**

SSN:
DOB:

**Additional Driver Information**

DOB:

**Professional Licenses - 0 records found**
**Health Care Providers - 0 records found**
**Health Care Sanctions - 0 records found**
**Pilot Licenses - 0 records found**
**Sport Licenses - 0 records found**
**Weapon Permits - 0 records found**
**Real Property - 0 records found**
**Motor Vehicle Registrations - 0 records found**
**Boats - 0 records found**
**Aircraft - 0 records found**
**Bankruptcy Information - 0 records found**
**Judgments/Liens - 0 records found**
**UCC Liens - 0 records found**
**Fictitious Businesses - 0 records found**
**Notice Of Defaults - 0 records found**
**Potential Relatives - 10 records found**

1st Degree: 10

| No. | Full Name | Address/Phone |
|---|---|---|
| 1. | SHARMA, SUBHASH C | 402 CHIVES WAY UNIT 402<br>WALNUT CREEK, CA 94595-2664 |
|  | • AKA SHALINE, SUBHAR<br>• AKA SHARMA, SUBHASH CHANDER<br>• AKA SHARMA, SUBHASH E<br>• AKA SHARMA, S C<br>• AKA SUBHAR, SHALINE<br>• AKA SHARMA, SUBHASH C<br>• AKA SHARMA, SUBGASH<br>• AKA SHARMA, SUBHAS C<br>• AKA SNOOK, SUBHASH CHANDER<br><br>SSN:<br>DOB: | 1300 W JEFFERSON ST<br>FRANKLIN, IN 46131-9120<br>(317) 560-5628<br><br>2142 WHITE OWL WAY<br>OKEMOS, MI 48864-5205<br>(517) 347-0567<br><br>12188B N MERIDIAN ST STE 200<br>CARMEL, IN 46032-4900<br><br>6000 MEMORIAL PKWY SW<br>HUNTSVILLE, AL 35802-2277<br>(256) 882-9400<br>(256) 882-9684 |
| 2. | SHARMA, MEENA |  |
|  | • AKA SHA, MEENA | B<br>FORT WAYNE, IN 46845-1713<br><br>3162 WHITE OWL<br>OKEMOS, MI 48864 |

| No. | Full Name | Address/Phone |
|---|---|---|
| | | 6703 TIMBER RIDGE CT<br>PROSPECT, KY 40059<br>(517) 347-0567<br><br>6703 TIMBERRIDGE CT<br>PROSPECT, KY 40059 |
| 3. | SHARMA, YASHI<br><br>• AKA SHARMA, VASHI<br>• AKA MEHTA, YASHI<br>• AKA SHARMI, YASHI<br>• AKA YASHI, SHARMA | 402 CHIVES WAY<br>WALNUT CREEK, CA 94595-2664<br><br>373 WESTCLIFFE CIR<br>WALNUT CREEK, CA 94597-3208<br><br>3156 OAK RD APT 305<br>WALNUT CREEK, CA 94597-7724<br>(773) 398-8382<br><br>7000 SUNNE LN APT 414<br>WALNUT CREEK, CA 94597-3614<br><br>1501 16TH ST APT 214<br>SACRAMENTO, CA 95814-6012 |
| 4. | SHARMA, RAJENDER P<br><br>• AKA SHARNA, RAJENDER P<br>• AKA SHARMA, REGENDER<br>• AKA SHARMA, PAJENDER P<br>• AKA SHARMA, REJENDER P<br>• AKA RASENDER, SHARMA<br>• AKA REGENDER, SHARMA<br>• AKA SHARMA, RAJENDRA<br>• AKA RAJENDER, SHARMA<br>• AKA SHARMA, BAJENDER<br>• AKA SHARMA, RAJINDER | 48 FLAMINGO RD N<br>ROSLYN, NY 11576-2606<br><br>10 MARIETTA DR<br>WESTBURY, NY 11590-1116<br><br>8815 241ST ST FL 1<br>BELLEROSE, NY 11426-1238<br>(516) 355-7878<br><br>8815 241ST ST APT NBR4P<br>BELLEROSE, NY 11426-1238<br><br>646 STEWART AVE<br>NEW HYDE PARK, NY 11040-5431 |
| 5. | SHARMA, VIJAY RANI<br><br>• AKA SHARMA, BIJAY R | 48 FLAMINGO RD N<br>ROSLYN, NY 11576-2606<br><br>24452 89TH AVE<br>BELLEROSE, NY 11426-1502<br><br>24454 89TH AVE<br>BELLEROSE, NY 11426-1502<br><br>10 MARIETTA DR<br>WESTBURY, NY 11590-1116<br><br>8815 241ST ST<br>BELLEROSE, NY 11426-1238 |
| 6. | SHARMA, ANUJ C | 48 FLAMINGO RD N |

| No. | Full Name | Address/Phone |
|---|---|---|
| | | ROSLYN, NY 11576-2606 |
| | • AKA SHARMA, ANUJ | |
| | • AKA SHARMA, EANUJ | 10 MARIETTA DR |
| | • AKA SHARMA, EANUJ | WESTBURY, NY 11590-1116 |
| | • AKA ANUJ, SHARMA | |
| | • AKA SHARMA, ANUJ | 8815 241ST ST APT |
| | | BELLEROSE, NY 11426-1238 |
| | | (718) 429-6200 |
| | | |
| | | 88-1515 24TH ST |
| | | BELLEROSE, NY 11426 |
| | | |
| | | 401 BROADWAY STE 1708 |
| | | NEW YORK, NY 10013-3019 |
| | | (212) 925-2230 |
| | | (212) 871-6174 |
| 7. | SHARMA, DEEPTI S | 48 FLAMINGO RD N |
| | | ROSLYN, NY 11576-2606 |
| | • AKA DEEPTI, SHARMA | |
| | • AKA SHARMA, DEEPAK | 10 MARIETTA DR APT 1 |
| | • AKA SHARMA, DEEPIT | WESTBURY, NY 11590-1116 |
| | • AKA ANUJ, DEEPTI S | |
| | | 357 S BROADWAY UNIT 4 |
| | | HICKSVILLE, NY 11801-5042 |
| | | |
| | | 8815 241ST ST FL 1 |
| | | BELLEROSE, NY 11426-1238 |
| | | |
| | | 244 89TH AVE |
| | | BELLEROSE, NY 11426 |
| 8. | SHARMA, NEEL | 48 FLAMINGO RD N |
| | | ROSLYN, NY 11576-2606 |
| | • AKA SHARNA, NEEL | |
| | • AKA SHARMA, NEIL | 8815 241ST ST APT |
| | • AKA SHERMA, NEEL | BELLEROSE, NY 11426-1238 |
| | • AKA NEEL, SHARNA | (718) 413-2110 |
| | • AKA NEEL, SHERMA | |
| | • AKA NEEL, SHARMA | 10 MARIETTA DR |
| | • AKA SHARMA, MEEL | WESTBURY, NY 11590-1116 |
| | • AKA SHARMA, MEEL | |
| | | 24452 89TH AVE |
| | | BELLEROSE, NY 11426-1502 |
| | | |
| | | 7518 BROADWAY APT 58 |
| | | ELMHURST, NY 11373-5611 |
| 9. | SHARMA, ANOS | 48 FLAMINGO RD N |
| | | ROSLYN, NY 11576-2606 |
| | • AKA SHARMA, ANOS | |
| | | 8815 241ST ST APT |
| | | BELLEROSE, NY 11426-1238 |
| | | |
| | | 10 MARIETTA DR |
| | | WESTBURY, NY 11590-1116 |

| No. | Full Name | Address/Phone |
|---|---|---|
| | | 88-1515 24TH ST<br>BELLEROSE, NY 11426 |
| | | 401 BROADWAY STE 1708<br>NEW YORK, NY 10013-3019<br>(212) 925-2230<br>(212) 871-6174 |
| 10. | SHARMA, AMY | 48 FLAMINGO RD N<br>ROSLYN, NY 11576-2606 |
| | | 8815 241ST ST APT<br>BELLEROSE, NY 11426-1238 |
| | | 10 MARIETTA DR<br>WESTBURY, NY 11590-1116 |
| | | 88-1515 24TH ST<br>BELLEROSE, NY 11426 |
| | | 401 BROADWAY STE 1708<br>NEW YORK, NY 10013-3019<br>(212) 925-2230<br>(212) 871-6174 |

**Business Associates - 0 records found**
**Person Associates - 0 records found**
**Neighbors - 10 records found**
**2142 WHITE OWL WAY APT 102 OKEMOS, MI 48864-5205**

| Name | Address | Phone |
|---|---|---|
| AXLINE-HILLARD, AMY LYNN<br>BELLOLI, ELLEN F<br>BELLOLI, NICHOLAS MITCHELL<br>BRANTLEY, CRISTINA M<br>LUKE, CHRISTINA | 2125 WHITE OWL WAY<br>OKEMOS, MI 48864-5206 | |
| ELWOOD, NANCY ANN<br>ELWOOD, NANCY H | 2127 WHITE OWL WAY<br>OKEMOS, MI 48864-5206 | (517) 349-9673 |
| PHILIPS, MIEKO KIMURA<br>PHILIPS, RICHARD CRAIG | 2130 WHITE OWL WAY<br>OKEMOS, MI 48864-5205 | (517) 349-9189 |
| MITIN, DEBORAH SUE<br>MITIN, JAY<br>MITIN, MEAGAN MAE<br>MITIN, MELISSA KATHERINE<br>MITIN, PHILIP R<br>MITIN, PHILLIP RAY | 2131 WHITE OWL WAY<br>OKEMOS, MI 48864-5206 | (517) 347-1536 |
| BAUMANN, ROLAND T 2<br>BAUMANN, ROSE MARIE | 2136 WHITE OWL WAY<br>OKEMOS, MI 48864-5205 | (517) 349-8449 |
| FROTAN, WAZHMA | 2143 WHITE OWL WAY | (517) 381-9826 |

| | | |
|---|---|---|
| GRUSZCZYNSKI, PIOTR Z<br>KANG, FIZHA JAFAR<br>KANG, GHULAM JAFAR<br>KANG, SHAMIM AKHTAR<br>ZWYGERS, MATTHEUS A | OKEMOS, MI 48864-5206 | |
| NOVIS, ELMER LAGMAN<br>NOVIS, ELMER RIVERA<br>NOVIS, HERMOGINA R R<br>RIVERA, NUNELON B | 2148 WHITE OWL WAY<br>OKEMOS, MI 48864-5205 | (517) 347-2473 |
| DUBENION-SMITH, SHANNON ANDREW<br>HORVATH, BRIAN DAVID<br>HORVATH, LORI JEAN<br>MEYER, DAVID JOHN | 2149 WHITE OWL WAY<br>OKEMOS, MI 48864-5206 | (517) 349-6402 |
| LINDQUIST, BARBARA RUTH<br>LINDQUIST, KIRK LARS | 2154 WHITE OWL WAY<br>OKEMOS, MI 48864-5205 | (517) 347-0367<br>(517) 347-2260 |
| ANDERS, BENJAMIN BRIEN<br>BASARAN, MUHTAR E<br>BASARAN, SEMA<br>COLAK, NEZIHE BANU<br>COLAK, OZAN B<br>COLAK, SEMA MELEK | 2155 WHITE OWL WAY<br>OKEMOS, MI 48864-5206 | (517) 347-3146 |

**Employment Locator - 1 records found**
**1:**
    **Company Name:** TD BANK
    **Name:** SHARMA, AKASH

    **Title:** MOBILE PLATFORM ANALYST AND REDESIG
    **Address:** 1701 MARLTON PIKE E
                   CHERRY HILL, NJ 08003-2390

    **Confidence:** Medium

**Criminal Filings - 1 records found**
**1: Michigan Department Of Corrections**
                      **Offender information**
    **Name:** SHARMA, AKASH KUMAR
    **Address:** MI
    **Case Number:** 01-1088-FH
    **Case Type:** Department Of Correction

    **Race:** WHITE
    **Sex:** Male
    **Eyes:** BROWN
    **Hair:** BLACK
    **Height:** 6'0"
    **Weight:** 160 lbs.

**Offenses**

**Groups:** CRIMES AGAINST PROPERTY
**Categories:** BURGLARY BREAK AND ENTER RESIDENTIAL, TRESPASS OF REALPROPERTY
**Case Number:** 01-1088-FH
**Case Type:** Department Of Correction
**Offense Date:** 06/30/2001
**Sentence Date:** 10/18/2001
**Sentence:** Sentence Type : PROBATION
**Offense:** BREAKING &ENTERING - ENTRY WITHOUT BREAKING WITH INTENT
**Sentence:** Sentence Type : PROBATION

**Parole/Probations**

[NONE FOUND]

**Prison Inmate Records**

**Scheduled Release Date:** 10/25/2002

**Sexual Offenders - 0 records found**
**Cellular & Alternate Phones - 1 records found**
**1:**

**Personal Information**
**Name:** SHARMA, AKASH

**Address:** 2142 WHITE OWL WAY
OKEMOS, MI 48864-5205
**Phone Number:**
**Phone Type:**

**Carrier Information**
**Carrier:** AMERITECH MICHIGAN
**Carrier City:** LANSING
**Carrier State:** MI

**Utility Information - 0 records found**
**Possible Education - 2 records found**
**1:**

**Student Information**
**Name:** SHARMA, AKASH

**LexID(sm):** 002309805199
**First Reported:** 05/09/2022
**Last Reported:** 10/24/2022
**High School Graduation Year:** 1995
**Phone:** None Listed
**Address:** 2142 WHITE OWL WAY
OKEMOS, MI 48864-5205
**Currently a Student?** YES
**Attended High School:** YES
**Years Since High School Graduation:** 27
**Attended College 1:** YES
**College Type 1:** Public
**College Description 1:** Four Year College
**College Education Program Tier 1:** 2
**Attended College 2:** YES
**College Type 2:** Public
**College Description 2:** Four Year College
**College Education Program Tier 2:** 2
**2: UNIVERSITY OF MICHIGAN**

**Student Information**
**Name:** SHARMA, AKASH

|  |  |
|---:|:---|
| **LexID(sm):** | 002309805199 |
| **Tuition Range:** | 5,001 - 7,500 |
| **First Reported:** | 04/03/2013 |
| **Last Reported:** | 07/08/2022 |
| **High School Graduation Year:** | 2000 |
| **Phone:** | None Listed |
| **Address:** | 2142 WHITE OWL WAY |
|  | OKEMOS, MI 48864-5205 |
| **Major:** | HUMANITIES |
| **Class Rank:** | Senior |
| **Currently a Student?** | NO |
| **Attended High School:** | YES |
| **Years Since High School Graduation:** | 27 |
| **Attended College 1:** | YES |
| **College Type 1:** | Public |
| **College Description 1:** | Four Year College |
| **College Education Program Tier 1:** | 2 |
| **Attended College 2:** | YES |
| **College Type 2:** | Public |
| **College Description 2:** | Four Year College |
| **College Education Program Tier 2:** | 2 |

**College Information**

|  |  |
|---:|:---|
| **College Name:** | UNIVERSITY OF MICHIGAN |
| **Original Name:** | U OF MICHIGAN ANN ARBOR |
| **Level:** | FOUR YEAR COLLEGE |
| **Type:** | PUBLIC/STATE SCHOOL |
| **School Size:** | 35,001 and Up |

**Sources - 45 records found**

| | |
|---|---:|
| **All Sources** | 45 Source Document(s) |
| **Criminal** | 1 Source Document(s) |
| **Driver Licenses** | 4 Source Document(s) |
| **Email** | 12 Source Document(s) |
| **Historical Person Locator** | 6 Source Document(s) |
| **Person Locator 1** | 3 Source Document(s) |
| **Person Locator 2** | 3 Source Document(s) |
| **Person Locator 5** | 5 Source Document(s) |
| **Person Locator 6** | 8 Source Document(s) |
| **PhonesPlus Records** | 1 Source Document(s) |
| **Voter Registrations** | 2 Source Document(s) |

Key

🔺High Risk Indicator. These symbols may prompt you to investigate further.

🚩Moderate Risk Indicator. These symbols may prompt you to investigate further.

🚩General Information Indicator. These symbols inform you that additional information is provided.

✓The most recent telephone listing as reported by the EDA source.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: As allowed by the Right to Financial Privacy Act of 1978

Copyright© 2022 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

**End of Document**