**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

                                                                  Case No: 1:20-cv-36

                                                  Hon. Judge Hala Y. Jarbou
          Plaintiff,                  Magistrate Judge Sally J. Berens
v.

Corizon Health, Inc. et al.

        Defendants.

---

| BUCKFIRE LAW FIRM | CHAPMAN LAW GROUP |
|---|---|
| Jennifer G. Damico (P51403) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Attorney for Plaintiff | Devlin Scarber (P64532) |
| 29000 Inkster Rd., Ste. 150 | Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.; Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa Furnace, R.N.; Chad Richard Goetterman, R.N.; James August Mollo, L.P.N.; Joanne Sherwood, N.P.; and Janice Steimel, L.P.N. |
| Southfield, MI 48034 | |
| (248) 569-4646 | |
| jennifer@buckfirelaw.com | |
| | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | dscarber@chapmanlawgroup.com |

**EXHIBIT B TO CORIZON DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW. AND/OR MOTION FOR A NEW TRIAL**

       **EXHIBIT B**       Email From MDOC Regarding Mr. Sharma

He discharged in 2003, his probation has been destroyed per the retention schedule.

, Litigation Specialist
Michigan Department of Corrections
Office of Legal Affairs
Grandview Plaza
(517) 335-4184

**From:** Melissa Kairis <mkairis@chapmanlawgroup.com>
**Sent:** Tuesday, December 13, 2022 1:32 PM
**To:** (MDOC) <@michigan.gov>
**Subject:** RE: Institutional Files

**CAUTION:** This is an External email. Please send suspicious emails to abuse@michigan.gov

Akash Kumar Sharma (DOB:

**MELISSA KAIRIS** | Litigation Manager | Paralegal

1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
Phone: (248) 644-6326
Email: mkairis@chapmanlawgroup.com
Web: www.chapmanlawgroup.com