**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

                                                      Case No: 1:20-cv-36

                                              Hon. Judge Hala Y. Jarbou
      Plaintiff,                   Magistrate Judge Sally J. Berens

v.

COUNTY OF KENT et al.

    Defendants.

| | |
|---|---|
| BUCKFIRE LAW FIRM<br>Jennifer G. Damico (P51403)<br>Sarah L. Gorski (P82899)<br>Attorneys for Plaintiff<br>29000 Inkster Rd., Ste. 150<br>Southfield, MI 48034<br>(248) 569-4646<br>jennifer@buckfirelaw.com<br>sarah@buckfirelaw.com | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Devlin Scarber (P64532)<br>Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.;<br>Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa<br>Furnace, R.N.; Chad Richard Goetterman, R.N.;<br>James August Mollo, L.P.N.; Joanne Sherwood, N.P.;<br>and Janice Steimel, L.P.N.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>dscarber@chapmanlawgroup.com |

**EXHIBIT B TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES, COSTS AND PRE-JUDGMENT INTEREST PURSUANT TO 42
U.S.C. §§ 1983, 1988, AND ENTRY OF THE AMENDED JUDGMENT**

| DATE | SERVICE | HOURS |
|---|---|---|
| 1/14/2020 | Draft and File Complaint - 58 pages, six counts, 23 defendants | 5.50 |
| 2/25/2020 | Review and file return of Waiver of Services for Defendants Clark, Thorne, Knott, Kok, Stella, Kent County, Jourden, Grimmett, McGinnis, Cooper, Plugge, & Bogner. | 1.10 |
| 2/26/2020 | Review file materials in preparation for drafting Rule 26(a) disclosures, including all records received from FOIA's (Kent County Jail, Corizon Health, Kent County ME, Metro Health, 59th District Court and death certificate) | 3.70 |
| 3/2/2020 | Review and file return of Waiver of Services for Defendants, Corizon Health, Inc., Byrne, Furnace, Fielstra, Navarro, Sherwood, and unknown party. | 0.80 |
| 3/3/2020 | Begin drafting Rule 26(a) disclosures | 2.10 |
| 3/9/2020 | Receipt and review of appearance by Ronald Chapman on behalf of the Corizon Defendants | 0.10 |
| 3/10/2020 | Receipt and review of acknowledgment of service on behalf of Chad Goetterman | 0.10 |
| 3/11/2020 | Continue drafting Rule 26(a) disclosures | 1.70 |
| 3/19/2020 | Receipt and review of Notice of Rule 16 Scheduling Conference for 4/15/2020 with status report due 4/10/2020 | 0.20 |
| 3/30/2020 | Receipt and review of appearance by Ronald Chapman on behalf of Daniel Card, Corizon Health, and Janice Steimel | 0.10 |
| 3/30/2020 | Receipt and review of Corizon Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), draft stipulation and order to amend complaint to reflect properly-named | 3.60 |
| 3/31/2020 | File proposed stipulation and order to amend complaint to reflect properly-named defendants | 0.20 |
| 4/1/2020 | Review file in preparation for drafting Rule 16 Joint Discovery Plan | 2.30 |
| 4/1/2020 | Receipt and review Order granting Stipulation to Amend Complaint reflect proper names of defendants | 0.10 |
| 4/2/2020 | Research case law re: intoxication as absolute defense, corporate policies not establishing standard of care, and ordinary negligence vs. malpractice (for medical malpractice claim) in preparation for drafting response to Corizon Defs' 12(b)(6) Motion to Dismiss | 4.70 |
| 4/4/2020 | Continue drafting Rule 16 Joint Discovery Plan | 1.50 |
| 4/3/2020 | Telephone conference with nursing and corrections expert, Valerie Tennessen, RN | 0.70 |
| 4/5/2020 | Research case law re: delay in treatment vs denial of care, dispute in amount or quality of medical treatment not amounting to constitutional violation, looking for specific cases of alcohol withdrawals and time delays (deliberate indifference claim) | 5.70 |
| 4/7/2020 | Email to Atty Chapman re: Rule 16 Joint Discovery Plan identifying areas that need defendants' attention | 0.30 |
| 4/8/2020 | Review and revise Timeline of Events | 1.40 |
| 4/9/2020 | Receipt and review of appearance by Timothy Eagle on behalf of the Kent County Defendants | 0.10 |
| 4/9/2020 | Finalized Rule 16 Joint Discovery Plan and obtain permission from defense counsel to file via email | 0.50 |
| 4/10/2020 | File Rule 16 Joint Discovery Plan | 0.10 |
| 4/10/2020 | Receipt and review of Answer to Complaint by Kent County Defendants, affirmative defenses and reliance upon jury demand | 0.40 |
| 4/11/2020 | Begin drafting Response to Corizon Defendants' Motion to Dismiss - Motion, Table of Contents, Index of Authorities, Issues Presented and Controlling/Most Appropriate Authority Sections | 7.10 |
| 4/12/2020 | Continue drafting Motion response and begin drafting Brief in Response to Corizon Defendants' Motion to Dismiss, Introduction, Statement of Facts, Standard of Review, Timeline of Events Sections. | 6.30 |

| Date | Description | Hours |
|---|---|---|
| 4/13/2020 | Continue drafting Brief in Response to Motion, Argument Sections, Intoxication Defense, Gross and Ordinary Negligence, Deliberate Indifference (Byrne) and Monell Claim (Corizon) | 9.20 |
| 4/15/2020 | Draft Declaration of Jennifer G. Damico in support of Response to Defendant's' Motion to Dismiss Pursuant to Rule 12(b)(6) | 0.80 |
| 4/15/2020 | Appear and attend Rule 16 Scheduling Conference by telephone | 0.40 |
| 4/15/2020 | Receipt and review of Case Management Order, enter all dates | 0.60 |
| 4/15/2020 | Telephone conference with nursing and corrections expert, Valerie Tennessen, RN | 5.70 |
| 4/16/2020 | Continue drafting Motion and Brief in Response to Corizon Defendants' 12(b)(6) Motion to Dismiss - all sections | 0.70 |
| 4/19/2020 | Begin drafting First Set of Request for Production of Documents to Corizon Health, Inc. | 0.10 |
| 4/20/2020 | Receipt and review Appearance by Devlin Scarber on behalf of the Corizon Defendants | 0.20 |
| 4/22/2020 | Receipt and review of default and impending dismissals/show cause for Kent County Defendants McGinnis and Houston | 0.20 |
| 4/22/2020 | Email to Atty Tim Eagle inquiring if he was answering on behalf of Def. McGinnis | 0.20 |
| 4/22/2020 | Finalized Motion and Brief in Response to Corizon Defendants' Motion to Dismiss, compiled exhibits, scanned and uploaded for filing on ECF system | 3.10 |
| 4/23/2020 | Filed Motion Response, Brief in Response and Exhibits - to Defendants' Rule 12(b)(6) Motion (Dk#: 42) | 0.30 |
| 4/23/2020 | Receipt and review Defendant McGinnis' Answer to Complaint, Affirmative Defenses and Jury Demand | 0.10 |
| 4/23/2020 | Filed corrected response after receiving notice about exhibits from ECF clerk | 0.10 |
| 4/24/2020 | Finalized and served Plaintiff's Rule 26(a) Initial Disclosures on Kent County Defendants | 1.10 |
| 4/27/2020 | Draft Supplemental Response to Defendants' Rule 12(b)(6) Motion to Dismiss (Request for Oral Argument only)* | 0.20 |
| 4/27/2020 | File Supplemental Response to Defendant's' Motion (Request for Oral Argument only) | 0.10 |
| 4/28/2020 | Conduct search online for Defendant, Anthony (Tony) Houston, in Texas and Arizona to effectuate service of process | 0.60 |
| 4/29/2020 | Contact Sheriff Constable in Hayes County, AZ to effectuate Service on Defendant Houston | 0.30 |
| 5/1/2020 | Telephone call with Sheriff Constable re: fee to service Tony Houston in Arizona | 0.20 |
| 5/2/2020 | Begin drafting Plaintiff's First Set of Interrogatories to Defendant, Corizon Health, Inc. and Revise First Request for Production to Corizon. | 3.40 |
| 5/5/2020 | Email from Hayes County Sheriff Constable re: time frame to serve Defendant Houston | 0.10 |
| 5/5/2020 | Draft and file Response to Court's Petition re: Status of Service on Defendant Houston | 0.70 |
| 5/5/2020 | Receipt and review of Reply in Support of Corizon Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) | 1.10 |
| 5/6/2020 | Draft and file Motion for Extension of Time to Effectuate Service on Defendant Houston | 1.20 |
| 5/6/2020 | Receipt and Review Order Granting Plaintiff's Motion for Extension of Time to Effectuate Service on Def. Houston | 0.10 |
| 5/7/2020 | Begin drafting Plaintiff's First Set of Interrogatories and Request for Production to Kent County | 4.80 |
| 5/8/2020 | Continue drafting Plaintiff's First Set of Interrogatories to Corizon Health, Inc. | 2.60 |
| 5/8/2020 | Email R. Chapman Plaintiff's First Set of Interrogatories and Request for Production of Documents to Def. Corizon Health, Inc. | 0.20 |
| 5/11/2020 | Continue drafting first set of Interrogatories and Request for Production of Documents to Def. Kent County | 1.10 |
| 5/12/2020 | Serve First Set of Interrogatories and Request for Production of Documents on Def. Kent County via email | 0.20 |
| 5/14/2020 | Email Corizon Counsel Plaintiff's Rule 26 Disclosures and Plaintiff's Spectrum Health Records | 0.20 |
| 5/15/2020 | Email from R. Chapman's office requesting Pl.'s discovery in word format, sent in word | 0.10 |
| 5/15/2020 | Add in import details to Timeline of Events | 1.50 |

| Date | Description | Hours |
|---|---|---|
| 5/15/2020 | Receipt and review of certificates of services for Kent County and Corizon Defendants | 0.10 |
| 5/15/2020 | Receipt and review of Corizon Defendants' Rule 26 Initial Disclosures, including one page Declaration Sheet from Insurance Policy Only | 0.40 |
| 5/15/2020 | Receipt and review of Kent County Defendants' Rule 26 Disclosures | 0.30 |
| 5/15/2020 | Email to R. Chapman and D. Scarber requesting full insurance policy per Rule 26 | 0.20 |
| 5/26/2020 | Receipt and review of unexecuted summons re: Def. Houston | 0.10 |
| 5/26/2020 | Email to Hayes County Constable re: status of service of process on Houston | 0.10 |
| 5/26/2020 | Obtained Waiver of Service for Houston, filed with Court | 0.10 |
| 5/26/2020 | Second Email to R. Chapman and D. Scarber requesting copy of complete insurance policy in accordance with Rule 26 | 0.10 |
| 5/28/2020 | Review and receipt of Affidavits of Meritorious Defense from Defendants, Byrne, Steimel, Furnace, Mollo, Fielstra, Card, Goetterman, Sherwood and Navarro | 0.90 |
| 5/28/2020 | Third email to R. Chapman and D. Scarber requesting copy of full insurance policy in accordance with Rule 26 | 0.20 |
| 6/1/2020 | Fourth email to R. Chapman and D. Scarber requesting full policy, will be filing motion to compel and seeking sanctions under Rule 37. | 0.20 |
| 6/3/2020 | Email response from D. Scarber stating that Lone Star Policy is the only policy and Dec Page is compliance with Rule 26 | 0.10 |
| 6/5/2020 | Research case law and Rules 26 and 37, in preparation for drafting Motion to Compel Insurance Agreement from Corizon Defendants and Brief in Support | 3.70 |
| 6/6/2020 | Draft Motion to Compel Insurance Agreement and Brief in Support, Compile Exhibits | 4.50 |
| 6/8/2020 | Finalize Motion to Compel Insurance Agreement and Brief in Support, Compile Exhibits, upload and file with Court | 3.60 |
| 6/9/0202 | Receipt and review Corizon Defendants' Answers and Objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents | 2.20 |
| 6/10/2020 | Review Corizon Policies & Procedures produced in discovery; produced Corizon's prison policies, not jail policies | 0.60 |
| 6/11/2020 | Receipt and review of Defendant Kent County's Answers and Objections to Plaintiff's First Set of Interrogatories and Request for Production of Documents | 3.40 |
| 6/12/2020 | Email to R. Chapman and D. Scarber re: requesting supplemental responses to Pl.s discovery, and jail policies | 0.40 |
| 6/12/2020 | Researched caselaw re: discovery proportionality, burdensome, cost shifting factors under Rule 26 | 1.80 |
| 6/13/2020 | Email to D. Scarber (3-pages) outlining specific deficiencies in discovery responses and request for supplemental responses | 1.60 |
| 6/16/2020 | Receipt, review, summarized Corizon's Response to Kent County's Request for Proposals (Bid) for Healthcare Services in the Kent County Jail (7/13/13 - contract extended through DOL) and Contract Documents (including 12/8/16 amendment) | 3.70 |
| 6/21/2021 | Telephone conference with Dan. J Fintel, M.D. , expert | 1.00 |
| 6/22/2020 | Receipt and review of Corizon Defendants' Response to Pl.'s Motion to Compel Insurance Agreement | 1.00 |
| 6/24/2020 | Detailed Letter to D. Scarber re: Request for Supplement Responses to Pl.'s Interrogatories and Request for Production of Documents (21 pages) | 2.90 |
| 7/2/2020 | Receipt and review of Certificate of Service of Corizon Defs' First Set of Request for Admissions, Interrogatories, and Requests for Production of Documents on Plaintiff | 0.10 |
| 7/2/2020 | Receipt and review of Corizon Defs' First Set of Request for Admissions, Interrogatories and Requests for Production on Plaintiff. | 0.70 |
| 7/7/2020 | Receipt and Review of Order to Compel Production of Insurance Agreement and Award of Sanctions against Corizon Health, Inc. | 0.30 |
| 7/8/2020 | Telephone call with D. Scarber re: sanctions and production of insurance agreement, stipulation to $1,200, Pl. will not collect. | 0.20 |

| Date | Description | Hours |
|---|---|---|
| 7/13/2020 | Draft proposed Stipulation and Order for Discovery Sanctions against Corizon | 0.20 |
| 7/13/2020 | File proposed Stipulation and Order for Discovery Sanctions against Corizon | 0.10 |
| 7/13/2020 | Receipt and review of Order awarding sanctions against Corizon | 0.10 |
| 7/17/2020 | Receipt and review of Def. Corizon's full insurance policies - Lone Star ($ 2M SIR) and Scottsdale ($10M excess) | 0.50 |
| 7/17/2020 | Draft Pl.'s Responses to Corizon Defs' Discovery | 3.40 |
| ~~7/20/2020~~ | ~~Letter from Atty Tim Eagle with Copy of Jail Surveillance Video on external hard drive~~ | ~~0.10~~ |
| ~~7/20/2020~~ | ~~Detailed Letter to Tim Eagle re: supplemental answers to discovery (5 pages)~~ | ~~1.30~~ |
| 7/21/2020 | Continue drafting responses to Corizon Defs' discovery to Plaintiff | 1.50 |
| ~~7/23/2020~~ | ~~Receipt and review of Answer to Complaint, Affirmative Defenses and Reliance upon Jury Demand for Def. Houston~~ | ~~0.10~~ |
| 7/24/2020 | Email to Atty R. Chapman, D. Scarber and T. Eagle re: still do not have supplemental responses to discovery, concerned about lack of progress in this case, agreement to dismiss Angela Navarro, and scheduling of Kent County and Corizon employee depositions | 0.60 |
| 7/24/2020 | Revise Timeline of Events | 1.20 |
| 7/25/2020 | Finalize Responses to Corizon Defs' Discovery, send to client to review and for approval | 2.30 |
| 7/28/2020 | Serve Pl.'s Answer to Corizon's Defs' First set of Requests for Admissions, Interrogatories and Requests for Production of Documents | 0.20 |
| 7/29/2020 | Email to defense attorneys re: stipulating to first adjournment of case management order | 0.20 |
| 7/31/2020 | Receipt and review of Stipulation and Proposed Order for First Amendment to Case Management Order (CMO) | 0.20 |
| 8/3/2020 | Receipt and review of Order for First Amendment to CMO | 0.10 |
| 8/4/2020 | Email to D. Scarber re: giving final deadline of of August 7, 2020 for Supplement Responses to discovery that Pl. has been asking for since 6/15/2020 | 0.30 |
| 8/5/2020 | Email from D. Scarber agreeing to supplement by Friday, 8/5/2020 | 0.10 |
| 8/10/2020 | Receipt, review and Bates stamped Corizon Defs' Supplemental Responses to Pl's First Interrogatories and Request for Production, including Attachments A through K and 8 employment files (Produced 3345 pages of documents)(Bates CH000001-003345) | 6.70 |
| 8/11/2020 | Made 4 copies of all documents contained in Attachments A through K, put in binders to use for depositions (for witnesses and for opposing counsel during depositions) (A through K = 1154 pages x 4 = 4616 copies) | 3.20 |
| 8/12/2020 | Complied documents and sent responses and all attachments to Pl's experts via electronic link. | 0.40 |
| 8/15/2020 | Receipt and Review of Magistrate's Report and Recommendation Granting in Part and Denying in Part, Corizon Defendants' Motion to Dismiss | 0.50 |
| 8/20/20 | Revised and updated Timeline of Events, added in specific policies and procedures for Kent County and Corizon | 1.50 |
| ~~8/20/20~~ | ~~Review file and documents in preparation for depositions of Kent County employees, Kraai, Hirdes, Vitale, Jimenez~~ | ~~2.10~~ |
| 8/20/2020 | Reviewed the NCCHC 2014 Standards for Jails | 2.20 |
| ~~8/21/2020~~ | ~~Prepare for depositions of Kent County Employees, Koetsier, Barda~~ | ~~0.60~~ |
| ~~8/26/2020~~ | ~~Attend and take deposition of Chris Barda~~ | ~~0.80~~ |
| ~~8/26/2020~~ | ~~Attend and take deposition of Natasha Hirdes~~ | ~~1.80~~ |
| ~~8/27/2020~~ | ~~Attend and take deposition of Nicholas Jimenez~~ | ~~1.80~~ |
| ~~8/27/2020~~ | ~~Attend and take deposition of Todd Koetsier~~ | ~~0.20~~ |
| ~~8/27/2020~~ | ~~Attend and take deposition of Brian Vitale~~ | ~~0.50~~ |

| Date | Description | Hours |
|---|---|---|
| 8/27/2020 | ~~Attend and take deposition of Jonathan Kraai~~ | ~~0.40~~ |
| 8/28/2020 | Receipt and review Corizon Defendants' Objections to Magistrate's Report and Recommendation Re: Motion to Dismiss | 1.20 |
| 8/28/2020 | Review of Corizon's NCCHC Accreditation Reports | 0.60 |
| 8/28/2020 | ~~Receipt and review appearance of Peter Smit for Kent County Defendants~~ | ~~0.10~~ |
| 9/8/2020 | Telephone conference with Stephen Furnman, RN (expert) to discuss case | 0.50 |
| 9/9/2020 | ~~Review and summarize Attachment "C" - Site Specifics - Policies & Procedures for Kent County and compare with corporate policies~~ | ~~3.70~~ |
| 9/10/2020 | Continue reviewing Corizon's Policies & Procedures, Core Processes, and all documents produced to date, including employment files, in preparation for depositions of employees | 3.50 |
| 9/11/2020 | ~~Draft Second Request for Production of Documents to Kent County~~ | ~~1.80~~ |
| 9/12/2020 | Draft Second Request for Production of Documents to Corizon Defendants | 1.20 |
| 9/14/2020 | ~~Revise and finalize Second Request for Request for Production of Documents to Kent County~~ | ~~0.40~~ |
| 9/14/2020 | Revise and finalize Second Request for Request for Production of Documents to Corizon Defendants | 0.30 |
| 9/22/2020 | Emails with defense attorneys re: Stipulation and Order for Second Adjournment of CMO | 0.20 |
| 9/22/2020 | Draft Proposed Stipulation and Order for Second Amendment to CMO | 0.40 |
| 9/22/2020 | File Stipulation and Order for Second Amendment to CMO | 0.10 |
| 9/23/2020 | Prepare Rule 26(a)(2)(A) Expert Disclosures | 1.80 |
| 9/25/2020 | Receipt and Review of Order for Second Amended CMO | 0.10 |
| 9/27/2020 | Continue preparing Rule 26(a)(2)(A) Expert Disclosures | 1.00 |
| 9/28/2020 | ~~Email to Tim Eagle re: Pl.'s proposed Rule 30(b)(6) deposition notice with topics and specifically areas per new amendments to rule~~ | ~~0.20~~ |
| 9/28/2020 | Receipt and review of Notice of Reassignment to Hon. Hala Y. Jarbou | 0.10 |
| 10/1/2020 | Review Defendant Goetterman's discipline filing with LARA, license suspension, consent order, etc . . | 0.40 |
| 10/8/2020 | Telephone conference with Valerie Tennessen, RN (Corrections and Nursing expert) | 0.40 |
| 10/10/2020 | Prepare for depositions of Corizon defendants, Fielstra, Steimel, ~~Byrne~~ and Card | 5.92 ~~7.90~~ |
| 10/11/2020 | Prepare for depositions of Corizon Employees, Yacob, Mollo, Sherwood, Furnace | 8.00 |
| 10/11/2020 | Prepare for depositions of C. Pearson and N. Yacob | 1.60 |
| 10/12/2020 | ~~Attend and take deposition of Teri Byrne, RN~~ | ~~1.50~~ |
| 10/12/2020 | Attend and take the deposition of Christopher Pearson | 1.30 |
| 10/13/2020 | Attend and take deposition of Janice Steimel, LPN | 2.50 |
| 10/13/2020 | Attend and take deposition of Lynne Fielstra, LPN | 2.40 |
| 10/14/2020 | Attend and take the deposition of Dr. Nasir Yacob | 3.40 |
| 10/14/2020 | Attend and take deposition of James Mollo, LPN | 1.90 |
| 10/15/2020 | Attend and take deposition Dan Card, LPN | 2.50 |
| 10/15/2020 | Attend and take the deposition of Melissa Furnace, RN | 3.60 |
| 10/16/2020 | Receipt, reviewed and Bates stamped Corizon Defendants' Response to Pl.'s Second Request for Production of Documents (With Attachments L through V) (Bates Nos. CH003346-CH4665) | 3.20 |

| Date | Description | Hours |
|---|---|---|
| 10/16/2020 | Made 4 copies of Attachments L through V for deposition exhibits, copies for exhibit binder, witness and defense counsel to be used at depositions (1319 pages x 4 = 5,276 copies) | 2.80 |
| 10/17/2020 | Prepare for deposition for Corizon Employee, Chad Goetterman | 1.60 |
| 10/24/2020 | Emails all counsel with Exhibits 1-64 from all depositions taken today, scanned all exhibits, maintained list and keeper of all original exhibits. | 1.60 |
| 10/28/2020 | Filed Rule 26(a)(2)(A) Expert Disclosures | 0.10 |
| 11/2/2020 | Draft Rule 30(b)(6) deposition notice for Corizon | 2.10 |
| 11/4/2020 | Continue drafting 30(b)(6) notice for Corizon | 0.20 |
| 11/5/2020 | Prepare for depositions of Kent County employees | 3.20 |
| 11/6/2020 | Prepare deposition outline for Chad Goetterman | 2.70 |
| 11/7/2020 | Prepare for deposition of Alice Clevenger | 2.50 |
| 11/9/2020 | Attend and take Deposition of Sergeant Knott | 1.50 |
| 11/9/2020 | Attend and take deposition of Sgt. Julie Cooper | 1.70 |
| 11/9/2020 | Attend and take the deposition of sgt. Rebecca McGinnis | 0.70 |
| 11/11/2020 | Attend and take the deposition of Alice Clevenger | 2.70 |
| 11/13/2020 | Attend and take deposition of Chad Goetterman | 4.70 |
| 11/13/2020 | Receipt and review of Kent County Defendants' Rule 26(a)(2)(A) Expert Disclosures | 0.20 |
| 11/14/2020 | Receipt and review of Corizon Defs' Rule 26(a)(2)(A) Expert Disclosures | 0.20 |
| 11/18/2020 | Draft and serve 3rd Request for Production of Documents to Kent County | 1.60 |
| 11/24/2020 | Email to D. Scarber re: Pl's 30(b)(6) Deposition Notice to Corizon, list of Specific Topic and request to confer per new rules. | 0.30 |
| 12/1/2020 | Email from R. Chapman re: apology for not getting back sooner about Rule 30(b)(6) deposition notice | 0.10 |
| 12/2/2020 | Served 30(b)(6) Deposition Notice on Counsel for Corizon | 0.10 |
| 12/3/2020 | Attend and take deposition of Bryan Clark | 1.60 |
| 12/7/2020 | Receipt and review of Corizon Defendants' Answer to Complaint, Affirmative Defenses and Jury Demand. | 0.60 |
| 12/15/2020 | Receipt and review of WAde Jones' college transcripts and records | 0.30 |
| 12/16/2020 | Receipt, reviewed and Bates stamped Corizon Defendants' Amended Answers to Pl.'s Second Request for Production of Documents (Attachments X through AA) (CH004674-CH5113) | 1.10 |
| 12/16/2020 | Made 4 copies of attachments for depositions exhibits, exhibit binder for witness during depositions, and copies for defense counsel (439 pages x 4 = 1,756 copies) | 0.60 |
| 12/18/2020 | Receipt and review of Kent County's Response to Pl.'s Third Requests for Production of Documents | 1.20 |
| 12/21/2020 | Attend and take the deposition of Penny Johnson, H.S.A. | 3.30 |
| 12/21/2020 | Attend and take deposition of Corizon 30(b)(6) Corporate Designee | 3.00 |
| 12/24/2020 | Serve Pl.'s Request for Production of Documents and Request for Entry onto Land for Inspection to Corizon, dated 12/24/2020 | 2.00 |
| 12/24/2020 | Draft and send preservation of evidence letter to D. Scarber and R. Chapman after 30(b)(6) Dep and Corizon losing contract at Kent County without notifying Pl. | 2.60 |
| 1/3/2021 | Summary of Penny Johnson, HSA and Penny Johnson as corporate designee, deposition testimony | 2.70 |
| 1/6/2021 | Attend and take the deposition of Kent County Rule 30(b)(6) Corporate Designee, C. Fennema | 1.50 |

| Date | Description | Hours |
|---|---|---|
| 1/6/2021 | Attend and take the deposition of Kent County Rule 30(b)(6) Corporate Designee, D. Moore-Brown | 0.80 |
| 1/6/2021 | Attend and take the deposition of Kent County Rule 30(b)(6) Corporate Designee, B. Piebenga | 1.30 |
| 1/6/2021 | Attend and take the deposition of Kent County Rule 30(b)(6) Corporate Designee, D. Kok | 0.30 |
| 1/6/2021 | Attend and take the deposition of Kent County Rule 30(b)(6) Corporate Designee, C. White | 0.40 |
| 1/7/2021 | Attend and take deposition of Christ Bogner | 1.90 |
| 1/7/2021 | Attend and take deposition of William Grimmett | 1.70 |
| 1/8/2020 | Attend and take deposition of Michelle Lajoye Young | 1.30 |
| 1/8/2021 | Attend and take deposition of Klint Thorne | 1.00 |
| 1/8/2021 | Attend and take deposition of Lt. Emily Kalman | 4.00 |
| 1/8/2021 | Receipt and review correspondence from T. Eagle re: supplemental discovery responses | 0.10 |
| 1/11/2021 | Attend and take the deposition of William Jourden | 2.30 |
| 1/11/2021 | Attend and take deposition of Tony Houston | 0.80 |
| 1/12/2021 | Attend and take the deposition of Donald Plugge | 1.80 |
| 1/14/2021 | Revisions to Corizon Defendants' proposed. Qualified Protective Order re: ex parte communications with treating physicians | 0.40 |
| 1/14/2021 | Receipt and review of notice of depositions for Charles, Brian, Janice Jones and Jennifer Tofferi | 0.20 |
| 1/16/2021 | Email to D. Scarber and R. Chapman re: providing dates for mediation with Bill Jack | 0.20 |
| 1/21/2021 | Receipt, review and Bates stamp Corizon Defendants' Response to Pl.'s Request for Production of Documents and Request for Entry onto Land for Inspection dated 12/24/20 (CH005144- CH009582) | 4.40 |
| 1/21/2021 | Make 4 copies of all documents produced in response by Corizon, for Exhibit binder to be used in depositions, by witnesses in depositions and copies for defense counsel during depositions.  (4438 pages x 4 = 17,752 copies) | 3.20 |
| 1/22/2021 | Receipt and review of Kent County's Response to Pl.'s Request for Entry onto Land for Inspection | 0.30 |
| 1/27/2021 | Draft letter to client re: facilitation process and confirmation of date | 0.20 |
| 2/2/2021 | Prepare summaries of Corizon Defendants deposition testimony in preparation for Motion for Summary Judgment Response | 4.70 |
| 2/4/2021 | Continue drafting line-by-line summaries of Corizon employees' testimony in preparation for drafting response to Motion for Summary Judgment | 3.70 |
| 2/8/2021 | Attend and defend deposition of Janice Jones | 2.90 |
| 2/8/2021 | Attend and defend deposition of Charles Jones | 2.40 |
| 2/9/2021 | Attend Inspection of the Kent County Correctional Facility | 2.00 |
| 2/9/2021 | Attend and defend deposition of Jennifer Tofferi | 2.00 |
| 2/9/2021 | Attend and defend deposition of Brian Jones | 1.00 |
| 2/10/2021 | Draft deposition summaries of family witnesses | 2.20 |
| 2/11/2021 | Conference with Valerie Tennessen, expert re: report and expert disclosures | 0.60 |
| 2/11/2021 | Conference with S. Furman, expert re: report and disclosures | 0.40 |
| 2/13/2021 | Conference with McMunn, expert re: report and disclosures | 0.30 |
| 2/17/2021 | Attend and defend deposition of Jennifer Razzoog | 0.40 |
| 2/18/2021 | Prepared expert disclosure packages | 0.70 |
| 2/18/2021 | Emailed Rule 26(a)(2)(B) Expert Disclosures to Defendants | 0.10 |

| Date | Description | Hours |
|---|---|---|
| 2/21/2021 | Drafting Supplemental Initial Disclosures | 0.50 |
| 2/25/2021 | Finalized and served Supplemental Initial Disclosures | 0.30 |
| 2/26/2021 | Receipt and review of Facilitation Agreement from Bill Jack | 0.30 |
| 2/26/2021 | Receipt, review and summarize certified copy of Metro Health Records (complete copy) | 1.20 |
| 2/27/2021 | Review file in preparation for drafting facilitation summary | 3.60 |
| 2/28/2021 | Begin drafting facilitation summary | 4.30 — reduce by half = 2.15 |
| 3/1/2021 | Continue drafting facilitation summary | 2.60 — reduce by half = 1.30 |
| 3/5/2021 | Completed facilitation summary and compiled exhibits (1 - 34) | 3.20 — reduce by half = 1.60 |
| 3/8/2021 | Emailed facilitation summary to Bill Jack | 0.10 |
| 3/10/2021 | Receipt and review of Kent County's Facilitation Summary | 1.10 |
| 3/11/2021 | Receipt and review of Corizon Defendants' Facilitation Summary | 1.40 |
| 3/15/2021 | Attend Facilitation Hearing in Grand Rapids (Bill Jack) | 3.50 |
| 3/17/2021 | Receipt and review correspondence from Bill Jack re: report of voluntary mediation | 0.10 |
| 3/19/2021 | Receipt and review of Corizon Defs' Rule 26(a)(2)(B) Expert Disclosures and reports from E. Journey, B. Williamson, C. Hadden, M. Migaud, and K. Pearson | 2.80 |
| 3/22/2021 | Drafted Stipulation and Proposed Order re: high damage caps on medical malpractice claim | 0.30 |
| 3/22/2021 | Email to R Chapman - Stip & Proposed Order re: high damages cap to Corizon Counsel | 0.10 |
| 3/22/2021 | Email to R. Chapman re: inquiring about additional depositions of Corizon employees | 0.20 |
| 3/22/2021 | Receipt and review letter from T. Eagle with report of corrections expert, Thomas Shull, reviewed report | 0.80 |
| 3/29/2021 | Receipt and review of Corizon Defs' Second Request for Production of Documents to Pl. and their First Request for Production to Defendant Kent County | 0.30 |
| 3/29/2021 | Receipt and review of Subpoena from Corizon to Montcalm County requesting jail records for decedent | 0.10 |
| 3/30/2021 | Email to counsel re: depositions of Corizon employees Baleski and Tunnell | 0.10 |
| 3/29/2021 | Email to T. Eagle re: County's jail call logs, and other documents produced by County | 0.20 |
| 3/29/2021 | Email to Client with Corizon's Second Request for Production and request for signed authorizations | 0.10 |
| 4/7/2021 | Prepare for depositions of H. Tunnell and K. Orent | 0.80 |
| 4/8/2021 | Attend and take the deposition of Heather Tunnell | 2.00 |
| 4/8/2021 | Attend and take the deposition of Kimberly Orent | 0.90 |
| 4/8/2021 | Compile exhibits fro depositions of J. Teunis and T. Baleski | 0.40 |
| 4/20/2021 | Prepare for depositions of J. Teunis and R. Baleski | 0.60 |
| 4/21/2021 | Attend and take the deposition of Julienne Teunis | 0.30 |
| 4/21/2021 | Attend and take the deposition of Robin Baleski | 1.00 |
| 4/22/2021 | Receipt and review of Third Amended Case Management Order | 0.10 |
| 4/26/2021 | Prepare Response to Corizon Defs' Second Request for Production - compile documents | 1.30 |
| 4/26/2021 | Finalize and service Response to Corizon Defs' Second Request for Production of Documents | 0.40 |
| 4/26/2021 | Review Stipulation and Proposed Order to Dismiss Kent County Defs., Stelma, Kok, Bogner, Thorne, Houston and Clark only | 0.30 |

| Date | Description | Hours |
|---|---|---|
| 4/28/2021 | ~~Receipt review true copy of Order of Dismissal of Stelma, Kok, Bogner, Thorne, Houston and Clark, only.~~ | ~~0.10~~ |
| 5/7/2021 | Email D. Scarber re: subpoenas and review of employee training records | 0.20 |
| 5/11/2021 | Receipt and review of Montcalm County Jail Records | 0.40 |
| 5/11/2021 | Receipt and review of no record statement for Mecosta County jail records | 0.10 |
| 5/13/2021 | Attend review of employee training records at Chapman Law Group in Troy, MI | 2.30 |
| 5/14/2021 | Review and summarize health and staff training documents copied from 5/13/2021 inspection | 2.00 |
| 5/26/2021 | Research caselaw and drafted memorandum of law re: Daubert challenges for impending motions | 3.70 |
| 5/27/2021 | ~~Receipt and review of Kent County's Response to Corizon Defs' Request for Production of Documents, including John Cooper's work schedule, identity of deputies working in infirmary, deputies work schedules, relief deputy work schedules.~~ | ~~0.20~~ |
| 6/10/2021 | Email to R. Chapman re: dates for expert depositions | 0.10 |
| 6/16/2021 | Review of Disclosures of K. Pearson, RN, expert in preparation for Daubert challenge | 0.70 |
| 6/16/2021 | Review of Disclosures of Edward Journey, D.O., expert in addiction medicine, including article "Predictors for Severe Alcohol Withdrawal" in preparation for Daubert challenge | 1.10 |
| 6/16/2021 | Review of Disclosures of Brian Williamson, M.D., expert in cardiology, including prior testimony, in preparation for Daubert challenge | 0.80 |
| 6/21/2021 | Review file in preparation for deposition of Pl.'s expert cardiologist, Dan J. Fintel, M.D., make two copies of his file, report and disclosures for defense counsel | 3.10 |
| 6/22/2021 | Fly to Chicago, pre-deposition conference Pl.'s expert cardiologist, Dan J. Fintel, M.D. | 7.50 |
| 6/22/2021 | Attend and defend deposition of Dr. Dan J. Fintel, M.D. | 2.50 |
| 6/23/2021 | Fly back to Detroit from Chicago from Dr. Fintel's deposition | 5.00 |
| 7/5/2021 | Prepare for deposition of Stephen Furman, RN, Pl.'s Nursing Expert, make 2 copies of his file, report and disclosures for defense counsel | 4.10 |
| 7/7/2021 | Fly to Richmond, VA for Deposition of Stephen Furnman, RN, Pl.'s Nursing Expert, attend pre-deposition conference with Nurse Furman | 9.00 |
| 7/8/2021 | Attend and defend deposition of Stephen Furman, RN | 4.80 |
| 7/8/2021 | Fly back to Detroit from Richmond, VA after Nurse Furman's deposition | 6.00 |
| 7/11/2021 | Prepare for deposition of Michael McMunn, Pl.'s Nurse Practitioner expert, compile records and make copies for defense counsel | 3.50 |
| 7/13/2021 | ~~Fly to Atlanta for deposition of Michael McMunn, N.P., Pl.'s expert~~ | ~~6.00~~ |
| 7/14/2021 | ~~Attend pre-deposition conference with Michael McMunn, N.P.~~ | ~~1.00~~ |
| 7/14/2021 | ~~Attend and defend deposition of Michael McMunn, N.P., Pl.'s expert~~ | ~~4.00~~ |
| 7/14/2021 | ~~Fly back to Detroit from Atlanta after deposition of Michael McMunn, N.P.~~ | ~~6.00~~ |
| 8/3/2021 | Prepare for deposition of Valerie Tennessen, R.N., Pl.'s correctional nursing expert, make 2 copies of file and disclosures defense counsel | 2.20 |
| 8/3/2021 | Prepare for deposition of Ronald Nelson, Pl.'s correctional policies and procedures expert, make copies of file and expert disclosures | 1.50 |
| 8/4/2021 | Fly to Los Angeles for depositions of Pl.'s corrections/nursing and correctional policies and procedures experts, Valerie Tennessen, R.N., and Ronald Nelson | 8.00 |
| 8/4/2021 | Attend pre-deposition conference with Valerie Tennessen, R.N. In Camarillo, CA | 2.50 |
| 8/5/2021 | Appear and defend deposition of Valerie Tennessen, R.N., Pl.'s expert | 3.70 |
| 8/5/2021 | ~~Attend pre-deposition conference with Ronald Nelson, Pl.'s correctional policies and procedures.~~ | ~~1.10~~ |
| 8/6/2021 | ~~Appear and defend deposition of Ronald Nelson~~ | ~~3.00~~ |

| Date | Description | Hours |
|---|---|---|
| 8/6/2021 | Fly back to Detroit from Los Angeles after depositions of Valerie Tennessen, R.N. And Ronald Nelson | 8.00 |
| 8/9/2021 | Review report and disclosures in preparation for deposition of Cynthia Hadden, R.N., Corizon's expert; prepare outline | 3.3 |
| 8/10/2021 | Appear and take deposition of Corizon's expert, Cynthia Hadden, R.N. | 4.80 |
| 8/19/2021 | Prepare for deposition of Edward Journey, D.O., review article relied upon by Jouney, studies re: stages of liver disease, Kent County ME file and Metro Health Records; prepare examination outline | 2.7 |
| 8/20/2021 | Appear and take deposition of Edward JOuney, D.O., Corizon's expert, addiction medicine | 2.5 |
| 8/24/2021 | Receipt and review deposition transcripts of Valerie Tennessen and Ronald Nelson | 1.1 |
| 8/25/2021 | Receipt and review deposition transcript of Cynthia Hadden, R.N. | 0.6 |
| 9/8/2021 | Review report, prior testimony, prior depositions, work history of Corizon's expert Kimberly Pearson, R.N. In preparation for deposition | 3.4 |
| 9/8/2021 | Receipt and review deposition transcript of Edward Jouney, D.O. | 2.2 |
| 9/8/2021 | Create list of Exhibits from Depositions | 1.3 |
| 9/9/2021 | Appear and take deposition of Kimberly Pearson, R.N. | 4.00 |
| 9/10/2021 | Receipt and review deposition transcript of Michael McMunn, N.P. | 1.1 |
| 9/27/2021 | Receipt and review deposition transcript of Kimberly Pearson, RN | 1.00 |
| 9/28/2021 | Receipt and review of Kent County Defendants' Motion for Summary Judgment and Brief in Support, with exhibits | 2.1 |
| 9/28/2021 | Receipt and review of Corizon Defendants' Motion for Summary Judgment and Brief in Support, with exhibits | 2.3 |
| 9/28/2021 | Receipt and review of Order of Dismissal of Kent County employee, Rebecca McGinnis, only | 0.1 |
| 9/30/2021 | Research caselaw re: deliberate indifference, objective and subjective components, specific findings of DI where each defendant made the connection between the serious medical condition and conduct increasing risk of harm | 3.70 |
| 10/1/2021 | Research caselaw re: qualified immunity, specific cases that are similar to facts in instant case putting Defendants on notice of unconstitutional behavior | 2.3 |
| 10/2/2021 | Prepare format for MSJ Responses for both Defendants, and draft table of contents, issues presented, index of authorities, controlling authority sections | 6.50 **half= 3.25** |
| 10/2/2021 | Review deposition transcripts of all witnesses and experts in preparation for drafting responses to Defendants' (both Corizon and Kent) Motions for Summary Judgment | 4.40 **half = 2.20** |
| 10/3/2021 | Begin drafting response briefs to both motions for summary judgment | 8.00 **half = 4.00** |
| 10/4/2021 | Draft Pl.'s Ex-Parte Motion to Exceed Word Limit for Response to Corizon Defendants' MSJ | 1.00 |
| 10/4/2021 | Continue drafting responses to both Defendants' Summary Judgment Motions and Briefs in Response | 10.50 |
| 10/6/2021 | Receipt and review or Order grating Pl's Motion to Exceed Word Limit for Corizon Defendants' MSJ Response | 0.10 |
| 10/7/2021 | Continue drafting responses to both Defendants' Summary Judgment Motions and Briefs in Response, Introduction, counter statement of facts and standard of review sections (for both motions) | 12.00 **half = 6** |
| 10/8/2021 | Continue drafting responses to Corizon Defendants' Summary Judgment Motions, intoxication defense, Monell claims | 12.00 |
| 10/9/2021 | Continue drafting responses to both Defendants' Summary Judgment Motions and Briefs in Response | 10.00 **half = 5** |
| 10/13/2021 | Edited jail video to create exhibit in response to both Defendants' Motions for Summary Judgment (identified 20 separate video from 520 hours of surveillance video) | 4.00 **half =2** |
| 10/14/2021 | Continued to edit jail video to create MSJ Response exhibit, drafted Exhibit "7" Table of Contents to all video "clips" (7.a - 7.0.) | 5.70 **half =2.85** |

| Date | Description | Hours |
|---|---|---|
| 10/15/2021 | Continued drafting argument sections to Corizon's Motion for Summary Judgment, specific conduct as to each defendant | 10.90 |
| 10/16/2021 | Began compiling exhibits in support of response to both Defendants' Motions for Summary Judgment | 6.50 half=3.25 |
| 10/20/2021 | Continued compiling exhibits in support of both Defendants' Motions for Summary Judgment, redacting personal information and highlighting deposition testimony | 4.20 half=2.10 |
| 10/21/2021 | Finalized Motion and Brief in Response to Defendant Kent County's MSJ, uploaded exhibits (22), in preparation for e-filing, drafted certificate of word count | 3.70 |
| 10/22/2021 | Filed Pl's Response and Brief in Response to Def. Kent County's Motion for Summary Judgment (ECF No. 135) | 0.40 |
| 10/22/2021 | Continued drafting argument sections to Corizon's Motion for Summary Judgment, specific conduct as to each defendant, monell claims, intoxication defense, compiled exhibits (21) in preparation for e-filing | 7.80 |
| 10/24/2021 | Finalized Response and Brief in Response to Corizon Defs' Motion for Summary Judgment and drafted certificate or word count compliance | 3.10 |
| 10/25/2021 | Filed Pl's Response and Brief in Response to Corizon Defs' Motion for Summary Judgment (ECF No. 136) | 0.50 |
| 11/8/2021 | Receipt and review of Def. Kent County's Reply Brief in Support of Motion for Summary Judgment (ECF No. 137) | 0.90 |
| 11/9/2021 | Receipt and review of Corizon Defs' Reply Brief in Support of Motion for Summary Judgment (Ecf No. 138) | 1.10 |
| 1/26/2022 | Email to D. Scarber re: Adjourning CMO until decisions on Motions for Summary Judgment | 0.20 |
| 1/26/2022 | Draft Stipulation and Proposed Order for Fourth Amendment to Case Management Order | 0.30 |
| 1/28/2022 | Receipt and review of Order for Fifth Amended CMO | 0.10 |
| 4/14/2022 | Receipt and review Order for Settlement Conference for May 9, 2022 | 0.10 |
| 4/15/2022 | Draft stipulation and Proposed Order for Sixth Amendment to Case Management Order | 0.20 |
| 4/21/2022 | Receipt and review of Order granting Sixth Amended CMO | 0.10 |
| 4/22/2022 | Draft letter to client re: new trial date and settlement conference | 0.20 |
| 4/22/2022 | Draft and email letter to R. Chapman and D. Scarber re: demand for settlement | 0.60 |
| 4/22/2022 | Draft and email letter to T. Eagle and P. Smit re: demand for settlement | 0.20 |
| 4/29/2022 | Receipt and review of Order and Opinion re: Motions for Summary Judgment (ECF No. 125 and 126) (55-pages) | 1.10 |
| 5/2/2022 | Receipt and review of proposed Stipulation and Order of Def. Bryan Knott | 0.10 |
| 5/4/2022 | Draft confidential settlement letter to Magistrate Sally Berens | 1.10 |
| 5/6/2022 | Review Judge Jarbou's Trial Practice Guidelines | 0.20 |
| 5/5/2022 | Begin drafting Motions in Limine - Daubert Challenge to Kimberly Pearson and Exclusion of 4 categories of evidence | 3.40 |
| 5/8/2022 | Conference with Client in preparation for settlement conference | 1.20 |
| 5/9/2022 | Appear and attend settlement conference (via Zoom) with Magistrate Berens | 2.00 |
| 5/16/2022 | Email to R. Chapman and D. Scarber re: limits of insurance coverage based upon representations at Settlement Conference. | 0.50 |
| 5/16/2022 | Email from D. Scarber re: stating that they have reached out to their client to clarify insurance limits and issues with policies | 0.20 |
| 5/23/2022 | Receipt, review and summarize of Corizon's "Master" Insurance policy and Scottsdale Valitas Policy. | 2.20 |
| 6/2/2022 | Continue drafting motions in limine - Motion to exclude SOC testimony of Pearson, to exclude evidence of prior arrests or convictions, dismissal of economic claims, failure or inability to produce tax returns and ultimate legal conclusions | 3.60 |
| 6/5/2022 | Email to D. Scarber and R. Chapman advising what motions in limine Pl. will be filing | 0.20 |
| 6/27/2022 | Draft proposed Stipulation and Order for Seventh Amended CMO | 0.20 |

| Date | Description | Hours |
|---|---|---|
| 6/28/2022 | Receipt and review of Order denying Order for Seventh Amended CMO | 0.10 |
| 6/28/2022 | Finalized Motion in Limine and Brief in Support to Exclude Testimony and Evidence at Trial (Crimes, taxes, economic claims, and ultimate conclusions) | 3.10 |
| 6/28/2022 | Finalized Motion in Limine and Brief in Support to Exclude Kimberly Pearson, RN from Testifying at Trial, compiled exhibits for e-filing | 4.30 |
| 6/30/2022 | Filed Motion in Limine and Brief in Support to Exclude Kimberly Pearson, RN from Testifying at Trial (ECF No. 154) | 0.30 |
| 6/30/2022 | Filed Motion in Limine and Brief in Support to Exclude Testimony and Evidence at Trial (ECF No. 155) | 0.20 |
| 6/30/2022 | Receipt and review Corizon Defs' Motion (and Brief) in Limine to Preclude Reference to Corizon Policies & Procedures at Trial | 0.70 |
| 6/30/2022 | Receipt and review of Corizon Defs' Motion (and Brief) in Limine to Preclude Reference to the Prior Complaint against Goetterman | 0.60 |
| 6/30/2022 | Receipt and review of Corizon Defs' Motion (and Brief) in Limine to Preclude Reference to training and employment records | 0.50 |
| 6/30/2022 | Receipt and review of Corizon Defs' Motion in Limine to Preclude Reference to Decedent Detoxing | 0.50 |
| 6/30/2022 | Receipt and review of Corizon Defs' Motion in Limine to Limit Plaintiff's Damages to Survival Damages | 0.70 |
| 6/30/2022 | Receipt and review of Corizon Defs' Motion in Limine to Preclude Plaintiff's Expert Stephen Furman, RN from Testifying | 1.10 |
| 7/1/2022 | Begin drafting responses to Defendants' Motions in Limine | 3.50 |
| 7/3/2022 | Draft Response and Brief in Response to Defendants' Motion in Limine to Exclude Stephen Furman, RN | 4.70 |
| 7/3/2022 | Draft Affidavit for Stephen Furman, RN in support of motion response | 0.30 |
| 7/6/2022 | Draft Response to Defendants' Motion to Preclude Reference to Survival Damages and request for sanctions | 6.30 |
| 7/9/2022 | Draft Response to Defendants' Motion to Preclude Reference to 1) Decedent detoxing prior to 1:00 a.m. in 4/26/18, 2) Corizon at trial as irrelevant, 3) and Corizon P&P as irrelevant | 7.20 |
| 7/11/2022 | Draft Response to Defendants' Motion to Preclude Reference to: 1) Defendants' training records, and 2) the prior complaint against Goetterman | 2.90 |
| 7/12/2022 | Begin preparing Joint Final Pretrial Order, joint statement of case | 3.80 |
| 7/13/2022 | Finalize Responses to Defendants' Motions in Limine, prepare exhibits, upload for e-filing | 4.70 |
| 7/13/2022 | Begin drafting pretrial submissions, trial brief, voir dire, compiling jury instructions and proposed verdict form | 5.50 |
| 7/14/2022 | Receipt and review of Order extending deadline for pretrial filings | 0.10 |
| 7/14/2022 | Receipt and review Defendants' Response to Pl.'s MIL to Exclude Testimony of Kimberly Pearson | 0.30 |
| 7/14/2022 | Receipt and review of Defendants' Response to Pl.'s MIL to Exclude Testimony and Evidence at Trial (Crimes, taxes, economic claims and ultimate issues | 0.50 |
| 7/15/2022 | Conference (via Zoom) with R. Chapman and D. Scarber to discuss JFPTO, jury instructions and verdict form | 2.00 |
| 7/15/2022 | Begin compiling exhibits for trial exhibit binders (65 exhibits, tabbed and 6 binders) | 2.90 |
| 7/15/2022 | E-file Responses to Defendants' Motions in Limine (ECF Nos. 164, 165, 166 and 167) | 0.80 |
| 7/16/2022 | Continue compiling and assembling trial exhibit binders, FJPTO, jury instruction, voir dire, trial brief, verdict form, joint statement of case/elements due 7/18/22 | 7.50 |
| 7/16/2022 | Drafted and filed Pl.'s Corrected Response to Defendants' MIL to Preclude Reference to Corizon at Trial, et al (ECF No. 157) | 0.30 |
| 7/17/2022 | Continued working on pretrial submissions, jury instructions, verdict form, voir dire, trial brief, elements of claims, etc . . . | 3.70 |
| 7/18/2022 | Finalized Exhibit books, and pretrial submissions, verdict form and jury instructions, filed with court | 2.30 |
| 7/19/2022 | Receipt and review of Defendants' trial brief | 0.20 |
| 7/21/2022 | Attend Final Pretrial Conference in Lansing, MI | 2.40 |

| Date | Description | Hours |
|---|---|---|
| 7/22/2022 | Letter from Bill Jack re dates for second facilitation | 0.10 |
| 7/21/2022 | Drafted Plaintiff's Proposed Special Jury Instruction - Burden of Proof | 0.30 |
| 7/22/2022 | Receipt and review Seventh Amended CMO - adjourning Trial to 11/14/22, FPTO Conference 10/17/2022 | 0.10 |
| 8/12/2022 | Begin preparation of Pl.'s facilitation submission | 2.60 |
| 9/15/2022 | Finalized Pl.'s facilitation submission and submit to Bill Jack | 1.70 |
| 9/21/2022 | Draft memorandum of law re: entitlement to higher damages cap on medical malpractice claim | 3.50 |
| 10/3/2022 | Email to R. Chap,am rejecting counter-offer of 200K, and to schedule conference to discuss jury instructions and pretrial matters | 0.20 |
| 10/7/2022 | Drafting amended final joint pretrial order, continued amendments to jury instructions and verdict form | 1.10 |
| 10/4/2022 | Compile three additional exhibits for trial 66-68 - photos and triathlon results, sent to defense counsel | 0.30 |
| 10/10/2022 | Draft amended FJPTO with additional exhibits | 0.30 |
| 10/10/2022 | Email to defense counsel re: de bene esse deposition of Pl.'s excerpt Valerie Tennessen in California | 0.10 |
| 10/13/2022 | Receipt and review Defs' Motion for Leave to have Rep appear at FPT Conference by Zoom | 0.10 |
| 10/13 2022 | Email to defense counsel with second draft of amended FJPTO | 0.10 |
| 10/13/2022 | Revised verdict form | 2.20 |
| 10/14/2022 | Email to defense counsel with revisions to verdict form | 0.30 |
| 10/14/2022 | Receipt and review Order granting Defs' Motion for Leave to have Rep appear at FPT Conference by Zoom | 0.10 |
| 10/16/2022 | Filed Proposed amended FJPTO | 0.10 |
| 10/17/2022 | Receipt and review Defendants' proposed special jury instructions re: contributory negligence, impaired ability to function, verdict form for deliberate indifference with proximate cause questions | 0.40 |
| 10/17/2022 | Appear and attend Final Pretrial Conference in Lansing, argue motions in limine | 3.00 |
| 10/18/2022 | Receipt and review of Order in Limine (ECF No 192) | 0.10 |
| 10/24/2022 | Draft and issue subpoenas to appear at trial to all defendants | 0.80 |
| 10/29/2022 | Review file and prepare for de bene esse deposition of Valerie Tennesse, RN | 4.70 |
| 10/31/2022 | Fly to Los Angeles for de bene esse deposition of Valerie Tennessen, RN | 8.00 |
| 10/31/2022 | Pre-deposition conference with Valerie Tennessen, RN | 2.50 |
| 11/1/2022 | Appear and defend de bene esse deposition of Valerie Tennessen, RN | 2.20 |
| 11/1/2022 | Fly back to Detroit from Los Angeles after depositions of Valerie Tennessen, R.N. | 8.00 |
| 11/2/2022 | Receipt and review of jury instructions and verdict form filed by Defendants | 0.40 |
| 11/6/2022 | Prepare examination outlines for trial | 2.70 |
| 11/7/2022 | Draft pared down witness and exhibit list for trial | 3.20 |
| 11/7/2022 | Draft subpoena to appear at trial for Dr. Stephen Cohle, and Ariel Nulty | 0.30 |
| 11/8/2022 | Telephone conference with Stephen Furman, RN in preparation for upcoming trial appearance | 0.30 |
| 11/8/2022 | Conference with Dr. Stephen Cohle in Grand Rapids in preparation for upcoming trial appearance | 5.00 |
| 11/9/2022 | Receipt and review Jury Questionnaires | 3.30 |
| 11/9/2022 | Revise voir dire and begin drafting opening statement, prepare video for opening statement | 10.00 |
| 11/10/2022 | Meet with Jones family in Newaygo to prepare for trial and trial testimony | 9.00 |

| Date | Description | Hours |
|---|---|---|
| 11/11/2022 | Prepare for trial, opening statement, prepare file, jury selection, draft examination outlines | 12.00 |
| 11/12/2022 | Prepare for trial, practice opening statement, prepare video segments for opening statement | 12.00 |
| 11/13/2022 | Prepare for trial, meet with Jones family in Lansing | 8.00 |
| 11/14/2022 | Attend trial | 8.50 |
| 11/14/2022 | Prepare examinations and witnesses for following day | 5.00 |
| 11/15/2022 | Attend trial | 8.50 |
| 11/15/2022 | Prepare examinations and witnesses for following day | 6.00 |
| 11/16/2022 | Attend Trial | 6.50 |
| 11/16/2022 | Prepare examinations for witnesses for following day; meeting with Stephen Furman, RN | 6.8 |
| 11/17/2022 | Attend Trial | 8.00 |
| 11/17/22 | Prepare examinations; trial prep. | 5.5 |
| 11/18/2022 | Attend Trial | 8.5 |
| 11/19/2022 | Trial preparation | 12 |
| 11/20/2022 | Begin draft of Motion for Directed Verdict re: Objective Subjective Components of Deliberate Indifference Claim | 3.2 |
| 11/20/2022 | Trial preparation, witnesses and cross-examinations of defense experts; meeting with Dr. Dan Fintel, expert | 13 |
| 11/21/2022 | Attend Trial | |
| 11/21/2022 | Trial preparation; prepare for witnesses for following day | |
| 11/22/2022 | Attend Trial | 8.5 |
| 11/22/2022 | Trial preparation | 5.4 |
| 11/23/2022 | Attend Trial | 4. |
| 11/25/2022 | Trial Preparation, witnesses and cross-examinations of defense experts; continue drafting motion for directed verdict | 10.5 |
| 11/26/2022 | Begin draft of closing argument; continue preparation of witness examinations | 14.0 |
| 11/27/2022 | Meet with IT Technician, to prepare hard drive of jail view to give to jury (Exhibit 56) | 1.2 |
| 11/27/2022 | Trial preparation and meet with Jones Family to prepare for trial testimony | 8.2 |
| 11/28/2022 | Attend Trial | 9.6 |
| 11/28/2022 | Finalize verdict form with defense counsel, prepare examinations for family members, finalize and practice closing argument | 7.5 |
| 11/29/2022 | Attend Trial | |
| 12/01/2022 | Attend Trial - Jury Deliberations | |
| 12/02/2022 | Attend Trial - Jury Deliberations | 5. |
| 12/05/2022 | Review file in preparation for drafting motion for attorney fees | 3.5 |
| 12/6/2022 | Begin draft of attorney time sheet | 4.7 |
| 12/7/2022 | Continue drafting attorney time sheet | 5. |
| 12/8/2022 | Continue drafting attorney time sheet | 5 |
| 12/09/2022 | Draft Motion for entry of attorney fees and prepare taxable bill of costs, compile documents in support of bill of costs | 6.5 |
| 12/12/2022 | Continue preparing Bill of Costs | 2.1 |
| | **TOTAL** | **1037.30** |

| DATE | SERVICE | HOURS |
|---|---|---|
| 11/9/2022 | Created 8-page line-by-line summary of Defendant deposition testimony to be used for examination at trial | 5.00 |
| 11/12/2022 | Telephone call with Brian Jones in preparation for in person meeting and trial testimony | 0.70 |
| 11/13/2022 | Attended meeting with Jones family in preparation for trial | 1.50 |
| 11/14/2022 | Attend trial | 8.50 |
| 11/15/2022 | Attend trial | 8.50 |
| 11/15/2022 | Assisted in preparation for Stephen Furman, RN, expert for trial testimony, attended conference | 2.00 |
| 11/16/2022 | Attend trial | 6.50 |
| 11/17/2022 | Attend trial | 8.00 |
| 11/18/2022 | Attend trial | 8.50 |
| 11/20/2022 | Prepared direct examination outline for Brian Jones | 2.30 |
| 11/20/2022 | Drafted standard of review and argument sections of Motion for Partial Directed Verdict | 3.00 |
| 11/21/2022 | Attend trial | 8.00 |
| 11/22/2022 | Prepared direct examination outline for Janice Jones | 1.70 |
| 11/23/2022 | Attend trial | 4.60 |
| 11/27/2022 | Met with Jones family in preparation for trial testimony | 2.00 |
| 11/28/2022 | Attend trial | 9.60 |
| 11/29/2022 | Attend trial | 8.00 |
| 12/1/2022 | Attend trial - jury deliberations | 8.00 |
| 12/2/2022 | Attend trial - jury deliberations | 5.50 |
|  | TOTAL | 101.90 |