# **EXHIBIT 1**

# **EXHIBIT 1 - DOCUMENTS SUPPORTING OF AMENDED BILL OF COSTS**

Invoices and Documents in Support of Witness Fees, Exhibit A to Bill of Costs. ECF No. 248-1, PageID.5911-5913.

Invoices in Support of Marshall/Private Service of Process Fees, Exhibit B to Bill of Costs. ECF No. 248-2, PageID.5915-5917.

Court Reporter Fees for Trial Deposition of Valerie Tennessen, R.N. (expert witness), Exhibit C to Bill of Costs. ECF No. 248-3, PageID.5919-5920.

Court Reporter Fees for Depositions used in Support of Responses to Motions for Summary Judgement Motions, Exhibit D to Bill of Costs. ECF No. 248-4, PageID.5924-5943.

Court Reporter Fees for Trial Transcripts of Witnesses used in Trial, Exhibit E to Bill of Costs. ECF No. 248-5, PageID.5945-5953.

Documents in Support of Copying/Duplication Costs (paper copies), Exhibit F to Bill of Costs. ECF No. 248-6, PageID.5955-5981.

Reproduction of jail video for expert onto external hard drives (5 copies), Exhibit G to Bill of Costs. ECF No. 248-7, PageID.5983.