# Exhibit 1

00876997

**Jennifer Damico**

---

**From:** Jennifer Damico
**Sent:** Monday, January 16, 2023 9:21 AM
**To:** Devlin Scarber; Ronald Chapman Sr.
**Cc:** Susan Kania; Nelly Kossak
**Subject:** RE: Jones v. Mollo, et al

Thanks Devlin. I will get this filed today.

Jennifer

**Jennifer G. Damico | Attorney at Law**
29000 Inkster Road, Suite 150 | Southfield, MI 48034
Office (248) 569-4646 | Direct (248) 234-9828 | Fax (248) 281-1886
jennifer@buckfirelaw.com | buckfirelaw.com

# BUCKFIRE LAW | WE

This message is for the intended recipient only and may contain privileged and confidential information. If you received it in error, please do not distribute it to others and return it to us by e-mail.

---

**From:** Devlin Scarber <dscarber@chapmanlawgroup.com>
**Sent:** Monday, January 16, 2023 8:32 AM
**To:** Jennifer Damico <jennifer@buckfirelaw.com>; Ronald Chapman Sr. <rchapman@chapmanlawgroup.com>
**Cc:** Susan Kania <SKania@buckfirelaw.com>; Nelly Kossak <nkossak@chapmanlawgroup.com>
**Subject:** RE: Jones v. Mollo, et al

Jennifer:

You are correct that we will not stipulate to your requested relief. Thank you for reaching out.

**DEVLIN K. SCARBER** | Attorney

1441 West Long Lake Road, Suite 310, Troy, MI 48098
Phone: (248) 644-6326
Fax: (248) 644-6324
Email: dscarber@chapmanlawgroup.com
Web: www.chapmanlawgroup.com
Sign up for our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!

1



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

**From:** Jennifer Damico <jennifer@buckfirelaw.com>
**Sent:** Saturday, January 14, 2023 11:27 AM
**To:** Devlin Scarber <dscarber@chapmanlawgroup.com>; Ronald Chapman Sr. <rchapman@chapmanlawgroup.com>
**Cc:** Susan Kania <SKania@buckfirelaw.com>; Nelly Kossak <nkossak@chapmanlawgroup.com>
**Subject:** Jones v. Mollo, et al

Devlin and Ron,

I am seeking your concurrence in Plaintiff's Supplemental Motion for Attorney's Fees and Entry of Second Amended Judgment (to reflect the amount of fees – to be determined by the Court) pursuant to Local Rule 7.1. I do not want to miss the deadline on this motion. It is due on January 18th – 14 days from the entry of the Amended Judgment. I plan on filing it by Tuesday, January 17th, at the latest. Seeing as you objected to the original motion, I am assuming that your clients will not agree to the additional hours that I am seeking in this motion.

If I do not hear otherwise, I will file on Tuesday.

Enjoy the weekend.

Jennifer

Jennifer G. Damico | Attorney at Law
29000 Inkster Road, Suite 150 | Southfield, MI 48034
Office (248) 569-4646 | Direct (248) 234-9828 | Fax (248) 281-1886
jennifer@buckfirelaw.com | buckfirelaw.com



This message is for the intended recipient only and may contain privileged and confidential information. If you received it in error, please do not distribute it to others and return it to us by e-mail.