# Exhibit 2

00876997

## VERIFIED BILLING STATEMENT OF SERVICES AND HOURS PERFORMED BY JENNIFER G. DAMICO

The undersigned hereby represents that the attached statement accurately represents the services performed and the hours expended by attorney, Jennifer G. Damico, from December 21, 2022 through January 16, 2023 in the matter of *Jones v. Mollo, Furnace and Goetterman,* Case No. 20-cv-00036-HYJ.

/s/ *Jennifer G. Damico (P51403)*

| DATE | SERVICE | HOURS |
|---|---|---|
| 12/21/22 | Received and reviewed email from Court re: objections to Pl.'s Motion for extension of time for one day to file Motion for attorneys fee | 0.10 |
| 12/21/2022 | Research court rules and caselaw in preparation for drafting response to Defs's Motion to Amend the Judgment | 3.30 |
| 12/22/2022 | Begin first draft of Pl's Response to Defs' Motion to Amend the Judgment | 2.90 |
| 12/23/2022 | Continue drafting Pl's Response to Defs' Motion to Amend the Judgment | 1.20 |
| 12/26/2022 | Receipt and Review of Trial Transcript re: Defendants' Proposed Limiting Instruction. ECF No. 254 | 0.30 |
| 12/27/2022 | Finalize Pl's Response to Defs' Motion to Amend the Judgment | 1.40 |
| 12/29/2022 | Receipt and review email from defense counsel seeking concurrence in Motion for JMOL and New Trial | 0.10 |
| 12/30/2022 | Receipt and review Defendants' Motion for Disallowance of Costs & Brief in Support. ECF No. 257 | 1.70 |
| 12/31/2022 | Receipt and review of Defendants' Motion for JMOL, New Trial & Brief in Support. ECF No. 258 | 2.40 |
| 1/1/2023 | Research caselaw and court rules in preparation for drafting response to Defs' Motion for JMOL, New Trial, including the Court's inherent power to dismiss based upon "contumacious" conduct. | 4.30 |
| 1/2/2023 | Research statutes and caselaw re: standard of review for new trial based upon alleged concealment by juror, whether an arrest under "HYDA Statute", MCL 762.11, is a "conviction" that must be disclosed, USDC WD Mich's Juror Selection Plan, including "Juror Qualification Questionaire" and whether Defendants' disclosure of Juror #108's identity, address, and other personal information in a public pleading constitutes misconduct. | 6.70 |
| 1/2/2023 | Draft email to D. Scarber re: offer to resolve motion for taxble costs for $26,000, offer open until 1/5/23 | 0.30 |
| 1/2/2023 | Receipt and review email response from D. Scarber - will confer with client re: offer to resolve motoin for costs | 0.10 |
| 1/3/2023 | Receipt and review of Trial Transcript re: "Side-Bar" (after examination of Brian Jones on 11/23/22) ECF No. 253 | 0.20 |
| 1/3/2023 | Receipt and review of Defendants' Response to Pl's Motion for Extension of Time to File Motion for Attys Fees | 0.90 |
| 1/3/2023 | Receipt and review of Defendants' Response to Pl's Motion for Attorneys' Fees, Costs and Prejudgment Interest & Brief | 2.00 |
| 1/4/2023 | Receipt and review of Order Granting Motion to Amend Judgment and Denying Motion for Ext. of Time. ECF No. 263 | 0.10 |
| 1/4/2023 | Receipt and review of Amended Judgement. ECF No. 264 | 0.20 |
| 1/4/2023 | Begin first draft of Pl's Response to Defs' Motion for JMOL, New Trial and/or Dismissal for Contumacious Conduct, standard of Review, controlling authority and Table of Contents sections | 4.70 |
| 1/5/2023 | Continue drafting Pl's Response to Defs' Motion for JMOL, New Trial and/or Sanctions, Argument Sections | 5.50 |
| 1/6/2023 | Continue drafting Pl's Response to Defs' Motion for JMOL, New Trial and/or Sanctions, Argument Sections | 3.60 |
| 1/7/2023 | Telephone call from D. Scarber re: Pl's offer to compromise Taxable bill of Costs, agreement reached for 24,000 | 0.20 |
| 1/7/2023 | Continue drafting Pl's Response to Defs' Motion for JMOL, New Trial and/or Sanctions, Argument Sections | 2.60 |
| 1/9/2023 | Research caselaw and court rules on "waiver", inconsistent verdict arguments. | 3.10 |
| 1/9/2023 | Review trial testimony of Defendants and draft argument re: evidence support verdict against the 3 Defendants | 4.70 |
| 1/10/2023 | Receipt and review of entire trial transcript, review Defendants' oral motion for directed verdict, and "supplemental" D.V. motion after Court ruled on proximate cause jury instruction, in preparation for draft argument section re: JMOL is limited to ground in prior 50(a) motion. | 6.70 |

| Date | Description | Hours |
|---|---|---|
| 1/11/2023 | Draft Argument Section in Response to JMOL, New Trial, etc. . . re: JMOL limited to prior 50(a) motion, proximate cause, research jury concealment and began drafting argument section that Juror #108 did not fail to answer a question honestly in voir dire. | 7.50 |
| 11/12/2023 | Draft Argument Section in Response to JMOL, New Trial, etc. . . re: Defendants cannot meet burden under McDonough test, PI Counsel's conduct does not amount to "contumaicous conduct." | 5.90 |
| 1/13/2023 | Review and summarize trial testimony of Drs. Cohle, Williamson, Fintel, Jouney, NP Migaud and NP Sherwood, and begin drafting Argument Section re: sufficent evidence to support finding of proximate cause. | 8.20 |
| 1/14/2023 | Draft Supplemental Motion and Brief in Support of Motion for Attorney Fees, verified time statement | 4.40 |
| 1/14/2023 | Email defense counsel seeking concurrence in motion for supplemental attorneys' fees. | 0.1 |
| 1/15/2023 | Continue drafing Supplemental Motion and Brief in Support for Attorneys' Fees, Costs and Prejudgment Interest | 3.20 |
| 1/16/2023 | Continue Drafing Proximate Cause Argument Sections and Evidene in Support of Jury's Verdict in Response to Motion for JMOL, New Trial | 6.10 |
| | ADDITIONAL HOURS EXPENDED BY JENNIFER G. DAMICO, ESQ. | 94.70 |