# Exhibit 3

00876997



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
JUROR INFORMATION LETTER

*Save time, respond online! www.miwd.uscourts.gov

### Why am I being summonsed and how long will I serve?

Jurors serving in the U.S. District Court are selected from 49 counties - the district includes the entire Upper Peninsula and the western half of the Lower Peninsula.

Petit (trial) jurors are on call for a four week term, beginning on the date listed on the enclosed summons form. If you are selected as a juror for a trial, please be aware that most trials range from three to five days in length. Your length of service, however, will be determined by the length of the trial may extend beyond the four week term, depending on when your service begins.

Grand jurors are on call for jury service one to three days per month, over an eighteen month period. Meeting days are Tuesday, Wednesday and Thursday and will typically be the same week each month during the term.

### Why did I receive this paperwork?

YOU SHOULD HAVE RECEIVED THREE FORMS: an initial JUROR QUALIFICATION QUESTIONNAIRE, a SUMMONS for jury service and a SUPPLEMENTAL QUESTIONNAIRE. The QUALIFICATION QUESTIONNAIRE determines whether you are qualified to sit as a juror. The SUMMONS supplies specific reporting instructions in the event you are qualified and instructed to appear. The SUPPLEMENTAL QUESTIONNAIRE provides essential information used during the jury selection process. Instructions for responding to each form can be found below. You also should have received information on DIRECTIONS & ACCOMMODATIONS.

### What should I do next?

Within ten days you must respond to your qualification questionnaire AND the supplemental questionnaire (even if you have previously completed either questionnaire):

    To respond ONLINE via eJuror:

    1. Access the Court's website at www.miwd.uscourts.gov
    2. Select the eJuror tab on the left side of your screen.
    3. Login to eJuror using your participant number to respond to all documents. Your nine digit participant number can be found on your summons above your name and address.

Once your information has been submitted online, you are done! It is not necessary for you to complete or mail in any paper copies if you completed the forms online.

If you are unable to respond online, complete the questionnaires using the instructions listed on each form. Ensure that your phone number and signature are included, and mail all forms within ten (10) days using the envelope provided in your packet.

### How do I know if I need to report to the courthouse?

Reporting instructions are available online via eJuror or by phone one business day prior to the date listed on this summons. Please refer to the Directions & Accommodations page specific to the location for which you were summonsed for information regarding when this information is available/updated. Please note the Court also uses an automated telephone system to provide computer generated courtesy reminder calls and reporting instructions.

Petit (trial) jurors are on call for four weeks and must follow the recorded instructions the entire four week term. Do not report for service unless the recorded message instructs you to. Jurors who report for service without being instructed to do so will not be paid.

To determine whether to report for jury duty, you will need your nine digit participant number which is printed above your name and address on the top of your summons.

Online via eJuror:

1. Access the Court's website at www.miwd.uscourts.gov
2. Select the eJuror tab on the left side of your screen.
3. Login to eJuror using your participant number for reporting instructions.

By phone: (800) 553-6050

| If... | Then... |
|---|---|
| The message advises that you are rescheduled | You will be instructed to check the automated system again to confirm the day before you are scheduled to report. Continue to check for reporting instructions as directed for the duration of your four week term. |
| The message advises you to appear for jury selection | Report to the courthouse as directed. See Directions & Accommodations page for further information on the courthouse. |

### I've been selected to report for jury duty, what else do I need to know?

**Courthouse Regulations**: A government issued ID and your summons form are required to enter the federal building. Firearms, pocket knives and other weapons are prohibited in the courthouse. All visitors are required to pass through a metal detector. Cell phones and tablets are permitted for jurors only.

**Dress**: Please use good judgment when dressing for jury duty. Conservative dress is recommended; tank tops, shorts and sweatpants are not permitted in the courtroom. Layers are recommended as the courtroom can be cool.

### Do I get paid for jury duty?

Jurors receive $40.00 for each day of attendance and 54 cents per mile driven (calculated based on your zip code). Federal employees, except Postal Service and FAA employees, are not entitled to attendance fees. Checks are typically processed every Friday. Please refer to the Directions & Accommodations page specific to the location for which you were summonsed for more detailed information on overnight accommodations.

### Can I stay overnight?

Jurors residing over seventy-five (75) miles from the courthouse during April-October or fifty (50) miles during November-March qualify to be reimbursed for hotel and meal expenses. A hotel receipt is required for reimbursement. Please refer to the enclosed Directions & Accommodations page for more detailed information regarding overnight accommodations.

### How can I request to be deferred or excused?

**Requests to be deferred (postponed) or excused must be made in writing.** The Court will only consider requests to be deferred or excused that are received at least three business days prior to the appearance date on your summons. Jurors may submit requests by mail -OR- through the Court's website. (www.miwd.uscourts.gov > For Jurors > Request an Excuse or Deferral). Jurors may also submit a deferral request online via eJuror (requests to be permanently excused from service can *not* be made via eJuror). Those seeking to be excused for medical reasons may be required to submit a signed statement by their doctor. **You are not deferred or excused from jury duty unless notified by the Court.**

### What happens if I fail to report?

JURORS WHO FAIL TO REPORT AND WHO ARE NOT EXCUSED OR DEFERRED BY THE COURT MAY BE HELD IN CONTEMPT OF COURT. CONTEMPT PENALTIES MAY INCLUDE A $1000 FINE, THREE DAYS IMPRISONMENT, COMMUNITY SERVICE, OR ANY COMBINATION THEREOF AS PROVIDED BY TITLE 28, SECTION 1866(G), UNITED STATES CODE.

(Web Version - Rev. 04/16)