**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

CHARLES JONES, as Personal Representative
of the Estate of Wade Jones, Deceased,

                                                                                         Case No: 1:20-cv-36

                                                                     Hon. Judge Hala Y. Jarbou
          Plaintiff,                        Magistrate Judge Sally J. Berens
v.

COUNTY OF KENT et al.

     Defendants.

| BUCKFIRE LAW FIRM | CHAPMAN LAW GROUP |
|---|---|
| Jennifer G. Damico (P51403) | Ronald W. Chapman Sr., M.P.A., |
| Sarah L. Gorski (P82899) | LL.M. (P37603) |
| *Attorneys for Plaintiff* | Devlin Scarber (P64532) |
| 29000 Inkster Rd., Ste. 150 | *Attorneys for Corizon Health, Inc.; Teri Byrne, R.N.;* |
| Southfield, MI 48034 | *Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa* |
| (248) 569-4646 | *Furnace, R.N.; Chad Richard Goetterman, R.N.;* |
| jennifer@buckfirelaw.com | *James August Mollo, L.P.N.; Joanne Sherwood, N.P.;* |
| sarah@buckfirelaw.com | *and Janice Steimel, L.P.N.* |
| | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | dscarber@chapmanlawgroup.com |

**EXHIBIT B TO DEFENDANTS EMERGENCY MOTION TO STAY PROCEEDINGS
90 DAYS**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Ardra Young, #260575

    Plaintiff,

v.

Jindal

    Defendants,

Case No.: 2:21-cv-12170
District Judge: Gershwin A. Drain
Magistrate Judge: Anthony P. Patti

| | |
|---|---|
| ARDRA YOUNG, #260575<br>*In Pro Per*<br>Richard A. Handlon Correctional Facility<br>1728 W. Bluewater Hwy.<br>Ionia, MI 48846<br><br>MICHIGAN DEPT. OF ATTORNEY GENERAL<br>Joseph Y. Ho (P77390)<br>*Attorney for the MDOC Defendants*<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>hoj@michigan.gov | CHAPMAN LAW GROUP<br>Devlin K. Scarber (P64532)<br>Jeffrey L. Bomber (P85407)<br>*Attorney for Rosilyn Jindal, P.A.*<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>dscarber@chapmanlawgroup.com<br>jbomber@chapmanlawgroup.com |

## **ORDER STAYING CASE NINETY (90) DAYS**

WHERE AS, this matter having come before the Court on Defendant P.A. Jindal's Emergency Motion to stay proceedings; the parties having been lead to believe the instant claim was covered by a professional liability insurance policy issued to Defendant P.A. Jindal by Tehum Care Services, Inc., d/b/a Corizon Health, Inc.; Corizon Health, Inc. having declared bankruptcy on or about February 13, 2023; the bankruptcy filing calling into question the continued viability of Corizon

to act as Defendant's professional liability carrier; the uncertainty regarding the professional liability coverage having created as the very least a potential conflict of interest in CHAPMAN LAW GROUP's continued representation of P.A. Jindal; and the Court being otherwise fully advised of the premises;

**IT IS HEREBY ORDERED** that, the above captioned matter is Stayed ninety (90) days from the entry of this Order to allow the Bankruptcy Court to make a determination as to viability of the professional liability coverage applicable to P.A. Jindal and to allow P.A. Jindal to retain private counsel to advise her on her rights in the above discussed situation.

**This is not a final order and does not close the case.**

Dated: February 27, 2023

s/Anthony P. Patti  
Hon. Anthony P. Patti  
United States Magistrate Judge