UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES,

    Plaintiff,

v.

CORIZON HEALTH, et al.,

    Defendants.
_____/

Case No. 1:20-cv-36

Hon. Hala Y. Jarbou

## ORDER

The Court held a status conference/motion hearing on the record, with all parties present, on March 6, 2023. For the reasons stated on the record,

**IT IS ORDERED** that Defendants' Emergency Motion to Stay Proceedings 90 Days (ECF No. 289) is **GRANTED**. Parties are to file a status report no later than June 2, 2023.

**IT IS FURTHER ORDERED** that Plaintiffs' Objection to Defendants' Suggestion of Bankruptcy and Notice of Automatic Stay (ECF No. 291) is **DENIED as moot**.

Dated: March 6, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE