UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES,

    Plaintiff,

v.

CORIZON HEALTH, et al.,

    Defendants.

_____/

Case No. 1:20-cv-36

Hon. Hala Y. Jarbou

### ORDER

The Court having reviewed Defense Counsel Chapman Law Group's and Its Attorney's Motion to Withdraw as Counsel for Defendant Corizon Health, Inc. and for Defendants Teri Byrne, R.N.; Dan Card, L.P.N.; Lynne Fielstra, L.P.N.; Melissa Furnace, R.N.; Chad Richard Goetterman, R.N.; James August Mollo, L.P.N.; Joanne Sherwood, N.P.; and Janice Steimel, L.P.N. (Hereinafter "Insured") and for 120-Day Stay on Behalf of All Corizon Defendants, Employees, and/or Agents (ECF No. 296),

**IT IS ORDERED** that Defense Counsel's motion (ECF No. 296) is **DENIED**. The motion is denied without prejudice as to the request to withdraw as counsel. Defendants are to provide monthly status reports regarding their attempts to retain new counsel, and once new counsel is obtained, Defense Counsel Chapman Law Group may refile its motion to withdraw as counsel. The motion is denied with prejudice as to the request for a 120-day stay; the Court has stayed the case for 90 days.

Dated: March 13, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE