UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES,

    Plaintiff,

v.

    Case No. 1:20-cv-36

    Hon. Hala Y. Jarbou

COUNTY OF KENT, et al.,

    Defendants.
_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** Plaintiff's motion for attorney's fees (ECF No. 251) and supplemental motion for attorney's fees (ECF No. 279) are **GRANTED IN PART**. The Court will award Plaintiff $515,200.00 in attorney's fees. The Court will not award prejudgment interest.

**IT IS FURTHER ORDERED** that Plaintiff's amended bill of costs (ECF No. 277) is **GRANTED**. The Court will award Plaintiff $24,000.00 in costs.

**IT IS FURTHER ORDERED** that Defendants' motion for judgment as a matter of law and/or motion for a new trial (ECF No. 258) and Defendants' motion to strike (ECF No. 283) are **DENIED**.

The Court will enter an amended judgment in accordance with this Order.

Dated: August 24, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE